## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

CASE NO.:

FIRST CLASSICS, INC., a Delaware
corporation,

    Plaintiff,

v.

JACK LAKE PRODUCTIONS, INC.,
a Canadian corporation, and
JAAK JARVE, as an individual,

    Defendant,

_____/

## COMPLAINT

Plaintiff, FIRST CLASSICS, INC., a Delaware corporation, by and through their

undersigned counsel, sues Defendant, JACK LAKE PRODUCTIONS, INC., a Canadian

corporation, and Defendant, JAAK JARVE (collectively known as "DEFENDANTS") and

alleges the following:

### NATURE OF ACTION, JURISDICTION AND VENUE

1. This is a civil action seeking damages and injunctive relief for copyright infringement
   under the copyright laws of the United States (17 U.S.C. § 101 *et seq*.).

2. This Court has jurisdiction under 17 U.S.C. § 101 *et seq*.; 28 U.S.C. § 1331 (federal
   question); and 28 U.S.C. § 1338(a) (copyright infringement).

3. The Court has jurisdiction over Defendants pursuant to venue provisions under paragraph
   13 of the Limited License Agreement between the parties dated November 25, 2002

which states "Licensee consents to any court in Chicago Illinois as the sole venue for any litigation with respect to any matter touching upon the subject matter of this agreement"

4. Venue is proper in this District of Illinois, pursuant to 28 U.S.C. § 1391(b) because a substantial part of events giving rise to the claim involved in this action occurred in this District.

## PARTIES

5. Plaintiff is a company incorporated in Delaware and domiciled in the State of Florida with its main corporate offices located at 169 E Flagler Street, Suite 1428, Miami, FL 33131.

6. Defendant Jack Lake Productions is a company incorporated in Toronto, Ontario under the laws of Canada and domiciled in 418 Hounslow Avenue, Toronto, Ontario M2R 1HR, Canada.

7. Defendant Jaak Jarve is domiciled in 418 Hounslow Avenue, Toronto, Ontario M2R 1HR, Canada.

8. Defendants are involved in the business of publication, distribution, marketing and sale of books.

9. First Classics is the record copyright owner of to "Classics Illustrated Juniors, a library consisting of 77 titles.", "Classics Illustrated Special Issues, a library consisting of 16 titles.", "Classics Illustrated Issues, a library consisting of 169 North American titles and various foreign titles.", "Classics Illustrated A World Around Us, a library consisting of 36 titles.", and "Classics Illustrated Berkley/First Publishing, a library consisting of 27

titles and various unpublished titles." referred to herein as the "COPYRIGHTED BOOKS" which is the subject of a valid Certificate of Copyright Registration issued by the Register of Copyrights (**see exhibit A**).

10. Plaintiff by way of assignment is the record copyright owner of the books and libraries listed above (s**ee exhibit B**).

## GENERAL ALLEGATIONS

11. Plaintiff is the owner of "THE COPYRIGHTED BOOKS" listed in paragraph no.: 9 above. Plaintiff entered into a 10 year limited licensing agreement with Defendant starting December 1, 2002 and ending November 30, 2012 (**see exhibit C**).

12. After the end of the agreement Plaintiff and Defendants continued the relationship on a month to month basis without a formal agreement being executed.

13. On June 17th, 2014, Plaintiff sent via certified letter a termination for default of the limited license agreement between the parties (**see exhibit D**).

14. Defendants' counsel responded in letter dated June 20, 2014, to the termination letter by questioning the existence of the 10 year limited license agreement that was mentioned in paragraph no.: 10 above (**see exhibit E**).

15. On June 24, 2014 Plaintiff responded with letter and attached the agreement requested by Defendants' counsel (**see exhibit F**).

16. After receiving the agreement and second letter of termination for default, Defendants' counsel boldly stated in letter dated June 27, 2014, "we reiterate that our client is not willing to cease all activity ...." (**see exhibit G**).

17. Defendant's conduct shows a willful and wanton disregard for copyrights laws is exhibited in email sent to First Classics dated January 22, 2015, in which Defendant's detail their illegal marketing of First Classics copyrighted materials and boldly state that "We are currently in negotiations with a South Korean customer and, a Brazilian publishing company and a motion comic company in Florida (Gisteo)." despite the fact that Defendants are fully aware that they have no right to do so since their licensing agreement was terminated for cause since at least June of 2014. (**see exhibit H**)

18. As of the date of this complaint Defendants continues to market the copyrighted books of plaintiff First Classics in their websites www.jacklakeproductions.com (**see exhibit I**).

<div align="center">

## COUNT 1

### COPYRIGHT INFRIGEMENT

### (Against Defendant Jack Lake Productions)

</div>

19. Plaintiffs incorporate the allegations made in Paragraphs 1 through 18 as if stated herein in their entirety.

20. Plaintiff is, and at all relevant times has been, copyright owner under United States copyright law with respect.

21. Among the exclusive rights granted to the Plaintiff under the Copyright Act are the exclusive rights to reproduce and distribute the copyrighted materials to the public and to prepare derivative works.

22. Defendant, Jack Lake Productions, without the permission or consent of Plaintiff, has reproduced and distributed, marketed and sold Plaintiff's Copyrighted Material to the public. Defendant, Jack Lake Productions has no license or any other form of permission

to use, copy, reproduce, distribute or create derivative works of the "COPYRIGHTED BOOKS". By copying, distributing, creating derivative works, licensing and exploiting the "COPYRIGHTED BOOKS", Defendant, Jack Lake Productions has infringed Plaintiffs' exclusive rights in the "COPYRIGHTED BOOKS". Defendant, Jack Lake Productions', actions constitute infringement of Plaintiffs' copyrights and exclusive rights under copyright.

23. Plaintiff is informed and believes that the foregoing acts of infringement have been willful and intentional, in utter disregard of and with indifference to the rights of Plaintiff.

24. Defendant, Jack Lake Productions, has profited substantially from their infringing activities, has collected, and continues to collect, fees and royalties from the sale of the infringing work or any derivatives thereof, and have retained a portion of those fees and royalties without submitting any amount to Plaintiff. Defendant, Jack Lake Productions, should be held jointly and severally liable for all profits derived as a result of their infringing activities as practical partners.

25. As a result of Defendant, Jack Lake Productions, willful infringement of Plaintiffs' copyrights and exclusive rights under copyright. Plaintiff is entitled to maximum statutory damages pursuant to 17 U.S.C. § 504(c) or to recover their actual damages and profits attributable to the infringement pursuant to 17 U.S.C. § 504(b), at Plaintiffs' election, and such other relief as is provided by law. Plaintiff is further entitled to their attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

26. The conduct of Defendant, Jack Lake Productions, is causing and, useless enjoined and restrained by this Court, will continue to cause Plaintiff great and irreparable injury that

cannot fully be compensated or measured in money. Plaintiff has no adequate remedy at law. Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiffs' copyrights, and ordering Defendant, Jack Lake Productions, to destroy all copies of the infringing work and/or other material made in violation of Plaintiffs' exclusive rights.

WHEREFORE, Plaintiff requests this Court to:

a. preliminarily and permanently enjoin and restrain Defendant, Jack Lake Productions, and their agents, officers, servant, employees, successors and assigns and all others acting in concert or in privity with Defendant, Jack Lake Productions, from directly or indirectly infringing Plaintiffs' rights under federal or state law in the "COPYRIGHTED BOOKS", including without limitation, reproducing or distributing the infringing work;

b. require Defendant, Jack Lake Productions, to pay, maximum statutory damages for each infringement of the "COPYRIGHTED BOOKS" pursuant to 17 U.S.C. Section 504(c) or to pay Plaintiffs' actual damages and profits attributable to the infringement pursuant to 17 U.S.C. Section 504(b) and such further damages as permitted by applicable law;

c. require Defendant, Jack Lake Productions, to pay Plaintiffs' full costs in this action;

d. require Defendant, Jack Lake Productions, to pay Plaintiffs' reasonable attorneys' fees incurred herein;

e. require Defendant, Jack Lake Productions to return all of the property their wrongfully in possession of belonging to the Plaintiffs, including all First Classics

plates, lithographs including those re-mastered, altered or improved by Jack Lake

Productions; and

f.  award such other relief as this Court deems just and proper.

## COUNT II

## TORTIOUS INTERFERENCE WITH CONTRAUAL RELATIONSHIP AND BUSINESS RELATIONSHIPS

### (Against Defendant Jack Lake Productions and Defendant Jaak Jarve. Collectively known as "DEFENDANTS")

27. Plaintiffs incorporate the allegations made in Paragraphs 1 through 26 as if stated herein in their entirety.

28. Plaintiff is the owner of "THE COPYRIGHTED BOOKS" listed in paragraph no.: 9 above. Plaintiff entered into a 10 year limited licensing agreement with Defendants starting December 1, 2002 and ending November 30, 2012 (see exhibit C).

29. After the end of the agreement Plaintiff and Defendants continued the relationship on a month to month basis without a formal agreement being executed.

30. On June 17th, 2014, Plaintiff sent via certified letter a termination of the month to month agreement between the parties (see exhibit D).

31. Defendants' counsel responded in letter dated June 20, 2014, to the termination letter by questioning the existence of the 10 year agreement that was mentioned in paragraph no.: 10 above (see exhibit E).

32. On June 24, 2014 Plaintiff responded with letter and attached the agreement requested by Defendants' counsel (**see exhibit F**).

33. After receiving the agreement and second letter of termination Defendants' counsel boldly stated in letter dated June 27, 2014, "we reiterate that our client is not willing to cease all activity ...." (**see exhibit G**).

34. As of the date of this complaint Defendants continue to market the copyrighted books of plaintiff First Classics in their website www.jacklakeproductions.com (**see exhibit I**), and continue to direct plaintiffs client to this site, willfully interfering with the contractual relations of the plaintiff.

35. Plaintiff began negotiating agreement with Trajectory, Inc., a Delaware corporation of One Broadway, Kendall Square, Cambridge, MA 02142 after terminating agreement with Defendants, that has now been reduced to writing. During the time that Plaintiff was negotiating agreement with Trajectory, Inc., Defendants attempted to undermine and sabotage the negotiations.

36. Defendants have also sent letters and contacted other publishers in attempt to damage the advantageous business relationship of the Plaintiff.

37. As a proximate result of the Defendants conduct, Plaintiff suffered damages in an amount to be proven at trial.

38. The conduct of Defendants in interfering with Plaintiff's economic relationships was intentional, willful, and calculated to cause damage to Plaintiff's lawful business. The conduct of Defendants was perpetrated with actual malice and ill will toward Plaintiff,

and with the intentional and improper purpose of causing damage. There was no justifiable cause for Defendants actions. As a result, an award of punitive damages is warranted.

WHEREFORE, Plaintiff prays that this court hold Defendants jointly and severally liable and award them its damages, punitive damages, temporary and permanent injunctive relief, attorney fees, and costs incurred in bringing this action, pre-judgment and post-judgment interest, and grant such other and further relief as may be just and appropriate.

## COUNT III

## BREACH/DEFAULT OF CONTRACT

### (Against Defendant Jack Lake Productions)

39. Plaintiffs incorporate the allegations made in Paragraphs 1 through 37 as if stated herein in their entirety.

40. Plaintiff entered into limited license agreement with Defendant, Jack Lake Productions in November 2002 to reprint by print publication in the formats licensed hereby the publications referred to herein as the "COPYRIGHTED BOOKS".

41. The agreement expired in 2012. Parties continued the agreement verbally on a month to month basis.

42. On June 22, 2014 Plaintiff terminated the agreement with Defendant, Jack Lake Productions (**see exhibit J**).

43. Defendant, Jack Lake Productions materially breached agreement with Plaintiff by failing to comply with paragraph 12 (a) of the agreement and is therefore in default of the covenant which states the following:

   a.The sum of U.S. $12,500.00 (the "License Fee") against 10% of net sales of all Classics Illustrated Juniors and Special Edition Books sold, and 10% of gross of all corporate advertising and/or promotional revenues relating to Classics Illustrated Juniors.

44. Defendant, Jack Lake Productions did not pay Plaintiff 10% of net sales and underreported net sales to defraud Plaintiff of commission owed.

45. Defendant, Jack Lake Productions also violated paragraph 4 of the agreement and is therefore in default of the covenant of agreement which states "Licensee agrees that upon each reprint all artwork and all Translated Artwork, whether in English, French or Spanish (and inclusive of all film, color separations, color guides, and other print publication materials) shall become the sole property of Owner and shall be delivered to Owner at Licensee's expense promptly upon printing of the reprint in question". Plaintiff to date has not received any translated work or art work from Defendants despite making repeated demands. Therefore, Defendant is in wrongful possession of Plaintiff's property and refuses to turn it over, in effect holding Plaintiff's property hostage.

46. Defendant, Jack Lake Productions is in violation of paragraph 5 of the agreement, and is therefore in default of the covenant of the agreement which states which states "Licensee at its cost shall furnish Owner with a reasonable amount of copies of each reprint publication of each book for its library, and two (2) copies of each advertisement, poster, or other piece promoting same, promptly upon the printing thereof". Plaintiff did not

receive any copies of each reprint publication of each book for its library and 2 copies of each advertisement, poster, other piece promoting same.

47. Pursuant to paragraph 13 of the agreement, and is therefore in default of the covenant of the agreement which states Plaintiff may terminate agreement if Defendant, Jack Lake Productions shall fail in any of its obligations. Upon termination all rights of the Defendant, Jack Lake Productions under the agreement shall immediately cease. Plaintiff terminated agreement on June 17th , 2014. However, Defendant, Jack Lake Productions continues to market and sell Plaintiff's copyrighted books.

WHEREFORE, Plaintiff requests this Court to:

a. award them its damages, punitive damages, the costs incurred in bringing this action;

b. award them pre-judgment and post-judgment interest;

c. require Defendant, Jack Lake Productions, to pay Plaintiffs' reasonable attorneys' fees incurred herein;

d. require Defendant, Jack Lake Productions to return all of the property their wrongfully in possession of belonging to the Plaintiffs, including all First Classics plates, lithographs including those re-mastered, altered or improved by Jack Lake Productions; and

e. declaration that Defendant, Jack Lake Productions is in default of the limited licensing agreement; and

f. award such other relief as this Court deems just and proper.

DATED February 13, 2015.

Respectfully submitted,

Jorge Diaz-Cueto, P.A.
169 E Flagler Street, Suite 1435
Miami, FL 33131
Tel: 305-417-3530
jorgediazcueto@bellsouth.net
L.scaparone@yahoo.com

By: /s/ Jorge Diaz-Cueto
Jorge Diaz-Cueto
Florida Bar No. 0143367

# EXHIBIT A



# Certificate of Recordation

This is to certify that the attached document was recorded
in the Copyright Office on the date and in the place shown below.

This certificate is issued under the seal of the
United States Copyright Office.

| DATE OF RECORDATION |  |
| --- | --- |
| 4May07 |  |

| VOLUME | DOC. NO. |
| --- | --- |
| 3552 | 186 |

| VOLUME | DOC. NO. |
| --- | --- |
|  |  |

*Marybeth Peters*

Register of Copyrights and
Associate Librarian for Copyright Services

## Document Cover Sheet
UNITED STATES COPYRIGHT OFFICE

**For Recordation of Documents**

Volume  3552   Document  1826

Volume _____   Document _____

Date of recordation   MAY 0 4 2007

Funds received .

DO NOT WRITE ABOVE THIS LINE — SEE INSTRUCTIONS ON REVERSE

To the Register of Copyrights: Please record the accompanying original document or properly certified copy thereof.

**1** First party name given in the document — Frawley Enterprises, Inc.

**2** First title given in the document — The Three Musketeers

**3** Total number of titles in the document — 382

**4** Amount of fee calculated — $820.00

**5** Fee enclosed
☑ Check  ☐ Money order
☐ Fee authorized to be charged to Copyright Office deposit account

Deposit account number _____

Deposit account name _____

**6** Completeness of document
☑ Document is complete by its own terms   ☐ Document is not complete. Record "as is."

IMPORTANT NOTE: A request to record a document "as is" under 37 CFR §201.4(c)(2) is an assertion that (a) the attachment is completely unavailable for recordation; (b) the attachment is not essential to the identification of the subject matter of the document; and (c) it would be impossible or unduly impracticable to have the parties to the document sign or initial a deletion of the reference to the attachment.

**7** Certification of Photocopied Document   Complete this certification if a photocopy of the original signed document is substituted for a document bearing the actual original signature.
NOTE: This space may not be used for documents that require an official certification.

I declare under penalty of perjury that the accompanying document is a true and correct copy of the original document, executed on April 2_ , 2007

Signature _____

Duly authorized agent of   Frawley Corporation

**8** Return to   David W. Grace, Esq. c/o Loeb & Loeb, LLP

Number/street   10100 Santa Monica Boulevard   Apt/suite   Suite 2200

City   Los Angeles   State   CA   Zip   90067-4120

Phone number   310-282-2000 Ex. 2108   Fax number   310-282-2200

Email   dgrace@loeb.com

SEND TO: Library of Congress, Copyright Office, Documents Recordation Section, 101 Independence Avenue SE, Washington DC 20559-6000
ENCLOSE A CHECK OR MONEY ORDER... Copyright Office cannot accept payment from a deposit account if it is not the same... Checks or money orders payable to Register of Copyrights.

Recordation of Merger of Frawley Corporation into Frawley Enterprises,

Inc. and the Simultaneous Change of the Name of Frawley Enterprises, Inc.

to Frawley Corporation

With respect to titles shown on the attached Exhibit A, attached as Exhibit B is a

true and correct copy of the Agreement of Merger between Frawley Enterprises, Inc. and

Frawley Corporation.

Dated: May 3, 2007        DAVID W. GRACE



Authorized Representative of Frawley
Corporation

V3552 D186

Publicat

| No. | No | Title | Certificate No. | Renewal Certificate No. |
|---|---|---|---|---|
| 1 | 1 | The Three Musketeers | AA21815 | |
| 2 | 2 | Ivanhoe | AA21816 | |
| 3 | 3 | The Count of Monte Cristo | AA23946 | |
| 4 | 4 | The Last of the Mohicans | AA23945 | |
| 5 | 5 | Moby Dick | AA21817 | |
| 6 | 6 | A Tale of Two Cities | AA21818 | |
| 7 | 7 | Robin Hood | AA23943 | |
| 8 | 8 | The Arabian Knights | AA23942 | |
| 9 | 9 | Les Miserables | AA23944 | |
| 10 | 10 | Robinson Crusoe | AA21819 | |
| 11 | 11 | Don Quixote | AA40490 | |
| 12 | 12 | Rip Van Winkle and the Headless Horseman | AA25173 | |
| 13 | 13 | Dr. Jekyll and Mr. Hyde | AA25174 | |
| 14 | 14 | Westward Ho! | AA40491 | |
| 15 | 15 | Uncle Tom's Cabin | AA40491 | |
| 16 | 16 | Gulliver's Travels | AA25175 | |
| 17 | 17 | The Deerslayer | AA25176 | |
| 18 | 18 | The Hunchback of Notre Dame | AA25177 | |
| 19 | 19 | Huckleberry Finn | AA25178 | |
| 20 | 20 | The Corsican Brothers | AA25179 | |
| 21 | 22 | Oliver Twist | AA48914 | |
| | 23 and | | | |
| 22 | 24 | A Connecticut Yankee in King Arthur's Court | AA48915 | |
| 23 | 25 | Two Years Before the Mast | AA43659 | |
| 24 | 26 | Frankenstein | AA43658 | |
| 25 | 27 | The Adventures of Marco Polo | AA43762 | |
| 26 | 28 | Michael Strogoff | AA43763 | |
| 27 | 29 | The Prince and the Pauper | AA43761 | |
| 28 | 30 | The Moonstone | AA43767 | |
| 29 | 31 | The Black Arrow | AA43766 | |
| 30 | 32 | Lorna Doone | AA43765 | |
| 31 | 33 | The Adventures of Sherlock Holmes | AA 44815 | R596445 |
| 32 | 34 | Mysterious Island | AA53546 | R599221 |
| 33 | 35 | The Last Days of Pompeii | AA53547 | |
| 34 | 36 | Typee | AA53545 | R805009 |
| 35 | 37 | The Pioneers | AA58611 | R806360 |
| 36 | 38 | The Adventures of Cellini | AA58601 (or AA 58521) | R609248 |
| 37 | 39 | Jane Eyre | AA63511 | R610531 |
| 38 | 40 | Mysteries | AA67526 | R610532 |
| 39 | 41 | Twenty Years After | AA67919 | R614922 |
| 40 | 42 | Swiss Family Robinson | AA74338 | R616602 |
| 41 | 43 | Great Expectations | AA73932 | R619142 |
| 42 | 44 | Mysteries of Paris | AA76480 | R622089 |
| 43 | 45 | Tom Brown's School Days | AA78593 | R624288 |
| 44 | 46 | Kidnapped | AA81885 | R626249 |
| 45 | 47 | Twenty Thousand Leagues Under the Sea | AA82742 | R628208 |
| 46 | 48 | David Copperfield | AA88759 | R631259 |
| 47 | 49 | Alice in Wonderland | AA88135 | R633139 |
| 48 | 50 | The Adventures of Tom Sawyer | AA92260 | R635604 |
| 49 | 51 | The Spy | AA96547 | R637041 |
| 50 | 52 | The House of the Seven Gables | AA102035 | R641815 |
| 51 | 53 | A Christmas Carol | AA102036 | R645301 |
| 52 | 54 | The Man in the Iron Mask | AA102267 | R646197 |
| 53 | 55 | The Toilers of the Sea | AA112857 | R651776 |
| 54 | 56 | The Song of Hiawatha | AA110458 | R655929 |
| 55 | 57 | The Prairie | AA116928 | R655930 |
| 56 | 58 | Wuthering Heights | AA118521 | R661978 |
| 57 | 59 | Black Beauty | AAI20926 | R662438 |
| 58 | 60 | The Woman in White | AA124103 | R665989 |
| 59 | 61 | Western Stories | AA128886 | R668878 |
| 60 | 61 | The Man Without a Country | AA130683 | R670228 |

| No | Publication | Title | Certificate No. | Renewal Certificate No. |
|---|---|---|---|---|
| 61 | 54 | Treasure Island | AA133328 | |
| 62 | 55 | Benjamin Franklin, a Biography of | AA135702 | |
| 63 | 56 | The Cloister & the Hearth   (In Notice 1949) | AA139134 | RE 835 |
| 64 | 57 | The Scottish Chiefs | AA141957 | RE 2-144 |
| 65 | 58 | Julius Caesar | AA144754 | RE 1-560 |
| 66 | 59 | Around the World in 80 Days | AA146959 | RE 1-561 |
| 67 | 60 | The Pilot | AA150707 | RE 1-562 |
| 68 | 61 | The Man Who Laughs | AA152608 | RE 3-393 |
| 69 | 62 | The Oregon Trail | AA156012 | RE 3-394 |
| 70 | 63 | The Black Tulip | AA158113 | RE 3-908 |
| 71 | 64 | Mister Midshipman Easy | AA166022 | RE 4-876 |
| 72 | 65 | Lady of the Lake | AA164361 | RE 4-875 |
| 73 | 66 | The Prisoner of Zenda | AA168679 | RE 4-877 |
| 74 | 67 | The Iliad | AA168678 | |
| 75 | 68 | Joan of Arc | AA173105 | |
| 76 | 69 | Cyrano de Bergerac | AA174304 | |
| 77 | 70 | White Fang | AA177585 | |
| 78 | 71 | The Odyssey | AA183585 | |
| 79 | 72 | The Master of Ballantrae | AA183596 | |
| 80 | 73 | The Jungle Book | AA187084 | |
| 81 | 74 | The Gold Bug (And Other Stories) | AA188376 | |
| 82 | 75 | The Sea Wolf | AA189906 | |
| 83 | 76 | Under Two Flags | AA195282 | |
| 84 | 77 | A Midsummer Night's Dream | AA195549 | |
| 85 | 78 | Men of Iron | A76580 | RE 35-828 |
| 86 | 79 | Crime and Punishment | A76579 | RE 35-830 |
| 87 | 80 | Green Mansions | A76581 | RE 35-829 |
| 88 | 81 | The Call of the Wild | A76578 | RE 50-765 |
| 89 | 82 | The Courtship of Miles Standish | A76568 | RE 50-764 |
| 90 | 83 | Pudd'nhead Wilson | A76577 | RE 50-762 |
| 91 | 84 | David Balfour | A76576 | RE 50-759 |
| 92 | 85 | All Quiet on the Western Front | A76575 | RE 50-763 |
| 93 | 86 | Daniel Boone | A76574 | RE 50-766 |
| 94 | 87 | King Solomon's Mines | A76573 | RE 64-738 |
| 95 | 88 | The Red Badge of Courage | A76572 | RE 64-737 |
| 96 | 89 | Hamlet | A76571 | RE 64-736 |
| 97 | 90 | Mutiny on the Bounty | A125010 | RE 64-739 |
| 98 | 91 | William Tell | A76569 | RE 64-734 |
| 99 | 92 | The White Company | A76570 | RE 64-735 |
| 100 | 93 | Men Against the Sea | A77444 | RE-111-433 |
| 101 | 94 | Bring 'Em Back Alive | A82948 | RE-111-434 |
| 102 | 95 | From the Earth to the Moon | A83852 | |
| 103 | 96 | Buffalo Bill | A87248 | RE-111-435 |
| 104 | 97 | King of the Khyber Rifles | A92718 | RE-111-436 |
| 105 | 98 | Knights of the Round Table | A103139 | RE-111-439 |
| 106 | 99 | Pitcairn's Island | A103137 | RE-111-437 |
| 107 | 100 | A Study in Scarlet | A103138 | RE-111-438 |
| 108 | 101 | The Talisman | A109688 | RE-111-440 |
| 109 | 102 | The Adventures of Kit Carson | A112903 | RE-111-441 |
| 110 | 103 | The Forty-Five Guardsmen | A116923 | RE-111-444 |
| 111 | 104 | The Red Rover | A119665 | RE-111-446 |
| 112 | 105 | How I Found Livingstone | A125564 | |
| 113 | 106 | The Bottle Imp | A128379 | |
| 114 | 107 | Captains Courageous | A123572 | |
| 115 | 108 | Rob Roy | A133504 | |
| 116 | 109 | Soldiers of Fortune | A139977 | |
| 117 | 110 | Wild Bill Hickok | A147949 | |

Publicat

| No. | | Title | Certificate No. | Renewal Certificate No. |
|---|---|---|---|---|
| 118 | 132 | The Mutineers | A158044 | |
| 119 | 133 | Fang and Claw | A162538 | |
| 120 | 134 | The War of the Worlds | A169660 | |
| 121 | 135 | The Ox-Bow Incident | A179838 | |
| 122 | 136 | The Downfall | A185557 | |
| 123 | 137 | The King of the Mountains | A195248 | |
| 124 | 138 | Macbeth | A202775 | |
| 125 | 139 | Davy Crockett | A211421 | |
| 126 | 129A | The Story of Jesus | A208869 | |
| 127 | 130 | Caesar's Conquests | A217993 | RE1 231-770 |
| 128 | 131 | The Covered Wagon | B585839 | RE1 231-780 |
| 129 | 132 | The Dark Frigate | B591436 | RE1 231-781 |
| 130 | 133 | The Time Machine | B601543 | RE1 231-782 |
| 131 | 134 | Romeo and Juliet | B612092 | RE1 231-783 |
| 132 | 135 | Waterloo | B620646 | RE1 231-784 |
| 133 | 135A | The Ten Commandments | A270573 | RE1 231-785 |
| 134 | 136 | Lord Jim | B630046 | RE 264-754 |
| 135 | 137 | The Little Savage | B641026 | RE 264-755 |
| 136 | 138 | A Journey to the Center of the Earth | B658450 | RE 264-762 |
| 137 | 139 | In the Reign of Terror | B659966 | RE 264-783 |
| 138 | 140 | On Jungle Trails | B672253 | RE 264-769 |
| 139 | 141 | Castle Dangerous | B679548 | RE 264-773 |
| 140 | 141A | The Rough Riders | B673154 | RE 264-771 |
| 141 | 142 | Abraham Lincoln | B687960 | RE 316-932 |
| 142 | 143 | Kim | B701002 | RE 316-933 |
| 143 | 144 | The First Men in the Moon | B709306 | RE 316-936 |
| 144 | 144A | Blazing the Trails West | B705852 | RE 316-935 |
| 145 | 145 | The Crisis | B725540 | RE 316-940 |
| 146 | 146 | With Fire and Sword | B729815 | RE 316-942 |
| 147 | 147 | Ben Hur | B742173 | RE 316-946 |
| 148 | 147A | Crossing the Rockies | B732171 | RE 316-944 |
| 149 | 148 | The Buccaneer | B751330 | RE 351-713 |
| 150 | 149 | Off on a Comet | B761552 | RE 351-754 |
| 151 | 150 | The Virginian | B770776 | RE 351-721 |
| 152 | 150A | Royal Canadian Police | B768221 | RE 351-720 |
| 153 | 151 | Won by the Sword | B782104 | RE 351-725 |
| 154 | 152 | Wild Animals I Have Known | B792077 | RE 351-731 |
| 155 | 153 | The Invisible Man | B802688 | RE 351-735 |
| 156 | 153A | Men, Guns and Cattle | B788647 (or B78648) | RE 351-728 |
| 157 | 154 | The Conspiracy of Pontiac | B813729 | RE 404-105 |
| 158 | 155 | The Lion of the North | B826158 | RE 404-111 |
| 159 | 156 | The Conquest of Mexico | B834202 | RE 404-114 |
| 160 | 156A | The Atomic Age | B820311 | RE 404-108 |
| 161 | 157 | Nine Lives of the Hunted | B850386 | RE 404-119 |
| 162 | 158 | The Conspirators | B857402 | RE 404-123 |
| 163 | 159 | The Octopus | B870862 | RE 404-128 |
| 164 | 159A | Rockets, Jets, Missiles | B851733 | RE 404-129 |
| 165 | 160 | Food of the Gods | B860920 | RE 441-852 |
| 166 | 161 | Cleopatra | B890294 | RE 441-854 |
| 167 | 162 | Robur the Conqueror | B899856 | RE 441-860 |
| 168 | 163 | Master of the World | B912098 | RE 441-863 |
| 169 | 165 | The Queen's Necklace | B970151 | RE-501-667 |
| 170 | 165A | To the Stars | B918442 | RE-441-865 |
| 171 | 166 | Tigers and Traitors | B971264 | RE-501-668 |
| 172 | 166A | World War II | B962554 | RE-501-666 |
| 173 | 167 | Faust | B985454 | RE-501-671 |
| 174 | 167A | Prehistoric World | B983783 | RE-501-670 |
| 175 | 237 | Negro Americans, The Early Years | B505810 | |
| 176 | 301 | Snow White and the Seven Dwarfs | X114199 | RE 111-442 |

~19~

Publicat

| No. | On | Title | Certificate No. | Renewal Certificate No. |
|---|---|---|---|---|
| 177 | 502 | The Ugly Duckling | A-114200 | RE 111-443 |
| 178 | 503 | Cinderella | A-117833 | RE 111-445 |
| 179 | 504 | The Pied Piper | A-120851 | |
| 180 | 505 | The Sleeping Beauty | A-124159 | |
| 181 | 506 | The 3 Little Pigs | B-467199 | |
| 182 | 507 | Jack and the Beanstalk | B-473970 | |
| 183 | 508 | Goldilocks and the Three Bears | B-472588 | |
| 184 | 509 | Beauty and the Beast | Br484602 | |
| 185 | 510 | Little Red Riding Hood | B-483798 | |
| 186 | 511 | Puss-N-Boots | B-496096 | |
| 187 | 512 | Rumpelstiltskin | B-495213 | |
| 188 | 513 | Pinocchio | B-502406 | |
| 189 | 514 | The Steadfast Tin Soldier | B-511328 | |
| 190 | 515 | Johnny Appleseed | B-518031 | |
| 191 | 516 | Aladdin and His Lamp | B-529863 | |
| 192 | 517 | The Emperor's New Clothes | B-540910 | |
| 193 | 518 | The Golden Goose | B-550818 | |
| 194 | 519 | Paul Bunyan | B-555336 | |
| 195 | 520 | Thumbelina | B-556995 | |
| 196 | 521 | King of the Golden River | B-565543 | |
| 197 | | The Nightingale | B-573135 | |
| 198 | 522 | The Gallant Tailor | B-573080 | RE1 231-771 |
| 199 | 524 | The Wild Swans | B-579744 | RE1 231-772 |
| 200 | 525 | The Little Mermaid | B-585043 | RE1 231-773 |
| 201 | 526 | The Frog Prince | B-589118 | RE1 231-774 |
| 202 | 527 | The Golden-Haired Giant | B-593421 | RE1 231-775 |
| 203 | 528 | The Penny Prince | B-599195 | RE1 231-776 |
| 204 | 529 | The Magic Servants | B-603416 | RE1 231-777 |
| 205 | 530 | The Golden Bird | B-608946 | RE1 231-778 |
| 206 | 531 | Rapunzel | B-612858 | RE1 231-779 |
| 207 | | The Dancing Princess | B-616090 | RE1 231-810 |
| 208 | 533 | The Magic Fountain | B-623629 | RE1 231-808 |
| 209 | 534 | The Golden Touch | B-627948 | RE1 231-809 |
| 210 | 535 | The Wizard of Oz | B-631870 | RE 264-757 |
| 211 | 536 | The Chimney Sweep | B-645138 | RE 264-759 |
| 212 | 537 | The Three Fairies | B-642732 | RE 264-758 |
| 213 | 538 | Silly Hans | B-647504 | RE 264-760 |
| 214 | 539 | The Enchanted Fish | B-651258 | RE 264-761 |
| 215 | 540 | The Tinder Box | B-661117 | RE 264-766 |
| 216 | 541 | Snow White and Rose Red | B-651452 | RE 264-767 |
| 217 | 542 | The Donkey's Tale | B-666550 | RE 264-768 |
| 218 | 543 | The House in the Woods | B-672254 | RE 264-770 |
| 219 | 544 | The Golden Fleece | B-674888 | RE 264-772 |
| 220 | 545 | The Glass Mountain | B-683718 | RE 264-774 |
| 221 | 546 | The Elves and the Shoemaker | B-690382 | RE 264-775 |
| 222 | 547 | The Wishing Table | B-690719 | RE 315-115 |
| 223 | 548 | The Magic Pitcher | B-697156 | RE 315-116 |
| 224 | 549 | Simple Kate | B-705536 | RE 315-117 |
| 225 | 550 | The Singing Donkey | B-705828 | RE 315-934 |
| 226 | 551 | The Queen Bee | B-712589 | RE 316-937 |
| 227 | 552 | The Three Little Dwarfs | B-716552 | RE 316-938 |
| 228 | 553 | King Thrushbeard | B-724992 | RE 316-939 |
| 229 | 554 | The Enchanted Deer | B-725603 | RE 316-941 |
| 230 | 555 | The Three Golden Apples | B-729816 | RE 316-943 |
| 231 | 556 | The Elf Mound | B-737109 | RE 316-945 |
| 232 | | Silly Willy | B-745761 | RE 316-950 |
| 233 | 558 | The Magic Dish | B-758337 | RE 315-953 |
| 234 | 559 | The Japanese Lantern | B-765057 | RE 351-718 |
| 235 | 560 | The Doll Princess | B-778288 | RE 351-723 |
| 236 | 561 | Hans Humdrum | B-785332 | RE 351-727 |
| 237 | | The Enchanted Pony | B-796340 | RE 351-733 |
| 238 | 563 | The Wishing Well | B-806698 | RE 351-736 |
| 239 | 564 | The Salt Mountain | B-817723 | RE 404-107 |
| 240 | 565 | The Salt Mountain | B-829312 | RE 404-112 |
| 241 | 566 | Clumsy Hans | B-839703 | RE 404-115 |
| 242 | 567 | The Bearskin Soldiers | B-850429 | RE 404-120 |
| 243 | 568 | The Happy Hedgehog | B-862753 | RE 404-124 |
| 244 | 569 | The Three Giants | B-875602 | RE 404-127 |



# Certificate of Recordation

This is to certify that the attached document was recorded in the Copyright Office on the date and in the place shown below.

This certificate is issued under the seal of the United States Copyright Office.

| DATE OF RECORDATION | |
| --- | --- |
| 22Sep11 | |

| VOLUME | DOC. NO. |
| --- | --- |
| 3605 | 428 |

| VOLUME | DOC. NO. |
| --- | --- |

Maria A. Pallante

Register of Copyrights, United States of America

## Document Cover Sheet
UNITED STATES COPYRIGHT OFFICE

### For Recordation of Documents

Volume _____ 36002 _____ Document _____ 438 _____

Volume _____ Document _____

Date of recordation  AT _____ SEP 2 2 2011
(ASSIGNED BY THE COPYRIGHT OFFICE)

Funds received - _____

Privacy Act Notice: Sections 408-410 of title 17 of the United States Code authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

DO NOT WRITE ABOVE THIS LINE · SEE INSTRUCTIONS ON REVERSE

To the Register of Copyrights: Please record the accompanying original document or properly certified copy thereof.

**1** First party name given in the document
_____ First Classics, Inc.  By: Richard S. Berger, President
(IMPORTANT: Show this instruction for this and other specs.)

**2** Second party given in the document
_____ The Three Musketeers

**3** Total number of titles in the document
_____ 232

**4** Amount of fee calculated
_____ $1,615.00

**5** Fee enclosed
☒ Check   ☐ Money order
☐ Fee authorized to be charged to Copyright Office deposit account.

Deposit account number _____

Deposit account name _____

**6** Completeness of document
☒ Document is complete by its own terms.   ☐ Document is not complete. Record "as is."

IMPORTANT NOTE: A request to record a document "as is" under 37 CFR §201.4(c)(2) is an assertion that: (a) the attachment is completely unavailable for recordation; (b) the attachment is not essential to the identification of the subject matter of the document; and (c) it would be impossible or wholly impracticable to have the parties to the document sign or initial a deletion of the reference to the attachment.

**7** Certification of Photocopied Document
Complete this certification if a photocopy of the original signed document is substituted for a document bearing the actual original signature.
NOTE: This space may not be used for documents that require an official certification.

I declare under penalty of perjury that the accompanying document is a true and correct copy of the original document.

Signature _____ Ls Berger _____   Date 9/21/11

Duly authorized agent of _____ First Classics, Inc.

**8** Return to
Name _____ First Classics, Inc.  By: Richard S. Berger, President

Number/street _980 N. Michigan Ave_ _____ Apt/suite _1400_

City _Chicago_ _____ State _IL_ Zip _60611-7500_

Phone number _(312) 664-7852_ Fax number _(312) 664-5269_

Email _stephani@xnet.com_

U.S. Government Printing Office 2009-·······/····

V3608 D428



## COPYRIGHT ASSIGNMENT

This Copyright Assignment ("Assignment") is between Frawley Corporation, a Delaware corporation, ("Assignor") and First Classics, Inc., a Delaware corporation ("Assignee").

For good and valuable consideration, the receipt of which is hereby acknowledged, Assignor hereby grants, transfers, assigns, and conveys to Assignee all of its rights, title, and interest in any and all of the copyrights pertaining to the works identified on the attached Exhibit A as well as any copyrights owned by Assignor in any other works published in conjunction with the trademarks Classics Illustrated or Classics Illustrated Junior.

IN WITNESS WHEREOF, Assignor has caused this Assignment to be duly executed this 15th day of August 2011.

FRAWLEY CORPORATION

By: _____

Michael Frawley, President

See attached.

State of California
County of _____

On _____ before me, _____
personally appeared _____
personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature _____    Seal:

V3608 D428
Page 2

State of _____
County of _____

On _____ before me, Gay Franklin, Notary Public, personally appeared _____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)



GAY FRANKLIN
Commission # 1792974
Notary Public - California
Los Angeles County
My Comm. Expires Apr 1, 2012

EXHIBIT A

V8608 DATS

Page 3

| Title | Author | Year | Certificate No. | Publication Date | Copyright Card | Copyright Status |
|---|---|---|---|---|---|---|
| The Three Musketeers | Dumas | 1946 | AA231915 | 6/5/46 | Gilberton | Expired |
| Ivanhoe | Scott | 1946 | AA231816 | 6/5/46 | Gilberton | Expired |
| The Count of Monte Cristo | Dumas | 1946 | AA233946 | 6/5/46 | Gilberton | Expired |
| The Last of the Mohicans | Cooper | 1946 | AA231945 | 6/5/46 | Gilberton | Expired |
| Moby Dick | Melville | 1946 | AA231812 | 6/5/46 | Gilberton | Expired |
| A Tale of Two Cities | Dickens | 1946 | AA231818 | 6/5/46 | Gilberton | Expired |
| Robin Hood | | 1946 | AA231943 | 7/11/46 | Gilberton | Expired |
| The Arabian Nights | | 1946 | AA233942 | 7/11/46 | Gilberton | Expired |
| Les Miserables | Hugo | 1946 | AA231944 | 7/11/46 | Gilberton | Expired |
| Robinson Crusoe | Defoe | 1946 | AA231819 | 7/11/46 | Gilberton | Expired |
| Don Quixote | Cervantes | 1946 | AA40690 | 9/19/46 | Gilberton | Expired |
| Rip Van Winkle and the Headless Horseman | Irving | 1946 | AA235173 | 9/19/46 | Gilberton | Expired |
| Dr. Jekyll and Mr. Hyde | Stevenson | 1946 | AA235174 | 9/19/46 | Gilberton | Expired |
| Westward Ho! | Kingsley | 1946 | AA40491 | 9/19/46 | Gilberton | Expired |
| Uncle Tom's Cabin | Beecher-Stowe | 1946 | AA40491 | 9/19/46 | Gilberton | Expired |
| Gulliver's Travels | Swift | 1946 | AA235175 | 9/19/46 | Gilberton | Expired |
| The Deerslayer | Cooper | 1946 | AA235176 | 9/19/46 | Gilberton | Expired |
| The Hunchback of Notre Dame | Hugo | 1946 | AA235177 | 9/19/46 | Gilberton | Expired |
| Mr. Pickwick | Dickens | 1946 | AA235178 | 9/19/46 | Gilberton | Expired |
| The Corsican Brothers | Dumas | 1946 | AA235175 | 9/19/46 | Gilberton | Expired |
| Oliver Twist | Dickens | 1945 | AA48914 | 7/10/45 | Dickens | Expired |
| A Connecticut Yankee in King Arthur's Court | | 1945 | AA48915 | 9/21/45 | Clemens | Expired |
| Two Years Before the Mast | Dana | 1945 | AA43655 | 10/10/45 | Dana | Expired |
| Frankenstein | Shelley | 1945 | AA43658 | 12/27/45 | Shelley | Expired |
| The Adventures of Marco Polo | | 1947 | AA43762 | | Polo Marco | Expired |
| Michael Strogoff | Verne | 1946 | AA43761 | | Verne | Expired |
| The Prince and the Pauper | | 1946 | AA43761 | | Clemens | Expired |
| The Moonstone | Collins | 1946 | AA43762 | | Collins | Expired |

V3608 D428
Page 4

| Title | Author | Year | Catalog Card No. | Publication Date | Copyright Card | Copyright Status | Renewal Card No. |
|---|---|---|---|---|---|---|---|
| The Black Arrow | R.L. Stevenson | 1946 | AXA3766 | 10/15/46 | Stevenson | Expired | R596445 |
| Lorna Doone | R.G. Blackmore | 1946 | AAA3765 | 12/12/46 | Blackmore | Expired | R593221 |
| The Adventures of Sherlock Holmes | Sir Arthur Doyle | 1347 | | | Doyle | Renewed | |
| Mysterious Island | J. Verne | 1947 | AAA4815 | 1/22/47 | Gilbertson | Renewed | |
| The Last Days of Pompeii | Bulwer-Lytton | 1947 | AAA3546 | 3/11/47 | | Expired | R605009 |
| Typee | H. Melville | 1947 | AAA3547 | 4/15/47 | | Renewed | R605980 |
| The Pioneers | J.F. Cooper | 1947 | AAA5061 | 6/15/47 | Gilbertson | Renewed | |
| The Adventures of Cellini | B. Cellini | 1947 | AAA5801 | 7/15/47 | Gilbertson | Renewed | R609248 |
| Jane Eyre | C. Bronte | 1947 | AAA3551 | 8/15/47 | Bronte | Renewed | R610531 |
| Mysteries | E.A. Poe | 1947 | AAA7326 | 9/15/47 | Poe | Renewed | R610532 |
| Twenty Years After | A. Dumas | 1947 | AAA5919 | 10/15/47 | Dumas | Renewed | R614922 |
| Swiss Family Robinson | C. Wyss | 1947 | AAA4438 | 11/15/47 | Wyss | Renewed | R616401 |
| Great Expectations | C. Dickens | 1947 | AAA3932 | 12/15/47 | Gilbertson | Renewed | R619402 |
| Mysteries of Paris | Eugene Sue | 1948 | AAA6480 | 1/15/48 | Sue | Renewed | R632087 |
| Tom Brown's School Days | Thomas Hughes | 1948 | AAA8593 | 2/15/48 | Hughes | Renewed | R622498 |
| Kidnapped | R.L. Stevenson | 1948 | AAA1895 | 3/15/48 | Stevenson | Renewed | R626449 |
| Twenty Thousand Leagues Under the Sea | J. Verne | 1948 | AAA2742 | 4/15/48 | Verne | Renewed | R628208 |
| David Copperfield | C. Dickens | 1948 | AAA8259 | 5/15/48 | Dickens | Renewed | R631259 |
| Alice in Wonderland | Lewis Carroll | 1948 | AAA8125 | 6/15/48 | Carroll | Renewed | R633304 |
| The Adventures of Tom Sawyer | Clemens | 1948 | AAA6447 | 7/15/48 | Clemens | Renewed | R633041 |
| The House of Seven Gables | N. Hawthorne | 1948 | AA102035 | 10/30/48 | Hawthorne | Renewed | R641815 |
| A Christmas Carol | C. Dickens | 1948 | AA102036 | 11/26/48 | Dickens | Renewed | R643301 |
| The Man in the Iron Mask | A. Dumas | 1948 | AA102267 | 12/17/48 | Dumas | Renewed | R648197 |

AA608DES
Page 5

EXHIBIT A

| Public ation | Title | Author | Item | Certificate No. | Publication Date | Copyright Claim | Copyright Status | Renewal Cer-tificate No. |
|---|---|---|---|---|---|---|---|---|
| 55 | Silas Marner of the Sea | | | No copyright information available | | | | |
| 56 | The Toilers of the Sea | V. Hugo | 1949 | AA110458 | 3/14/49 | Hugo | Renewed | R651776 |
| 57 | The Song of Hiawatha | H. W. Longfellow | 1949 | AA116928 | 3/14/49 | Longfellow | Renewed | R653879 |
| 58 | The Prairie | J. F. Cooper | 1949 | AA116921 | 4/15/49 | Cooper | Renewed | R655930 |
| 59 | Wuthering Heights | Emily Bronte | 1949 | AA129926 | 5/12/49 | Bronte | Renewed | R619278 |
| 60 | Black Beauty | Anna Sewell | 1949 | AA114103 | 6/17/49 | Sewell | Renewed | R662418 |
| 61 | The Woman in White | W. Collins | 1949 | AA130816 | 7/20/49 | Collins | Renewed | R665989 |
| 62 | Western Stories | Bret Harte | 1949 | AA130683 | 8/30/49 | Harte | Renewed | R668318 |
| 63 | The Man Without a Country | E. E. Hale | 1949 | AA133328 | 10/28/49 | Hale | Renewed | R672028 |
| 64 | Treasure Island | Stevenson | 1949 | | | Stevenson | Renewed | |
| 65 | Benjamin Franklin, a Biography of | Franklin | 1949 | AA135702 | 11/25/49 | Franklin | Expired | |
| 66 | The Cloister & the Hearth | Charles Reade | 1950 | AA139134 | 1/3/50 | Reade | Renewed | R3724 |
| 67 | (The notice 1949) The Scotch Chiefs | Jane Porter | 1950 | AA141952 | 1/27/50 | Porter | Renewed | R3487 |
| 68 | Julius Caesar | Shakespeare | 1950 | AA141754 | 2/27/50 | Shakespeare | Renewed | R3848 |
| 69 | Around the World in 80 days | J. Verne | 1950 | AA146959 | 3/28/50 | Verne | Renewed | R3849 |
| 70 | The Pilot | J. F. Cooper | 1950 | AA152707 | 4/25/50 | Cooper | Renewed | R4358 |
| 71 | The Man Who Laughs | V. Hugo | 1950 | AA152608 | 5/25/50 | Hugo | Renewed | R4359 |
| 72 | The Oregon Trail | Francis Parkman | 1950 | AA156012 | 6/28/50 | Parkman | Renewed | R4360 |
| 73 | The Black Tulip | A. Dumas | 1950 | AA158811 | 7/25/50 | Dumas | Renewed | R4361 |
| 74 | The Midshipman Easy | F. Marryat | 1950 | AA160124 | 8/28/50 | Marryat | Renewed | R4817 |
| 75 | Lady of the Lake | Sir Walter Scott | 1950 | AA164161 | 9/28/50 | Scott | Renewed | R4816 |

-11-

Vol 8 1918
Page 6

| Publi-cation | Title | Author | Year | Certificate No. | Publi-cation Date | Copyright Claimant | Copyright Status | Renewal Cert-ificate No. |
|---|---|---|---|---|---|---|---|---|
| 76 | The Prisoner of Zenda | Anthony Hope | 1950 | AA168679 | 10/30/50 | Hope | Renewed | B48392 |
| 77 | The Iliad | Homerus | 1950 | AA168678 | 11/24/50 | Homerus | Unknown | |
| 78 | Joan of Arc | | 1950 | AA171305 | 12/29/50 | Joan of Arc | Unknown | |
| 79 | Cyrano de Bergerac | E. Rostand | 1959 | AA171344 | 2/20/51 | Rostand | Unknown | |
| 80 | White Fang | Jack London | 1959 | AA173385 | 2/20/51 | London | Unknown | |
| 81 | The Odyssey | Homerus | 1951 | AA183595 | 4/16/51 | Homerus | Unknown | |
| 82 | The Master of Ballantrae | Stevenson | 1951 | AA183596 | 4/27/51 | Stevenson | Unknown | |
| 83 | The Jungle Book | Rudyard Kipling | 1951 | AA187084 | 5/23/51 | Kipling | Unknown | |
| 84 | The Good Bye... And Other Stories | | | | | | | |
| 85 | The Sea Wolf | E. A. Poe | 1951 | AA188376 | 6/13/51 | Poe | Unknown | |
| 86 | Uncle Tom's Cabin | Jack London | 1951 | AA189906 | 7/13/51 | London | Unknown | |
| 87 | A Midsummer Night's Dream | L. De la Ramee | 1951 | AA195382 | 8/27/51 | De la Ramee | Unknown | |
| 88 | Men of Iron | W. Shakespeare | 1951 | AA195549 | 10/1/51 | Shakespeare | Unknown | |
| 89 | Crime and Punishment | Howard Pyle | 1951 | A276580 | 11/7/51 | Pyle | Renewed | |
| 90 | Greek Myths | F. Dostoyevsky | 1951 | A276579 | 12/3/51 | Dostoyevsky | Renewed | |
| 91 | The Call of the Wild | N. Hudson | 1951 | A276581 | 12/28/51 | Hudson | Renewed | |
| 92 | The Courtship of Miles Standish | J. London | 1952 | A276578 | 12/25/52 | London | Renewed | RE 50-765 |
| 93 | Paul and the Wilson | H. W. Longfellow | 1952 | A276568 | 2/20/52 | Longfellow | Renewed | RE 50-764 |
| 94 | David Balfour | S. L. Clemens | 1952 | A276577 | 3/19/52 | Clemens | Renewed | RE 50-763 |
| 95 | All Quiet on the Western Front | Stevenson | 1952 | A276576 | 4/11/52 | Stevenson | Renewed | RE 50-759 |
| 96 | Daniel Boone | E. M. Remarque | 1952 | A276575 | 5/16/52 | Remarque | Renewed | RE 35-828 |
| | | J. Bakeless | 1952 | A276574 | 6/16/52 | Bakeless | Renewed | RE 50-829 |

EXHIBIT A

VMONS 1928
Page 7

| Publi-cation | Title | Author | Year | Certi-ficate No | Publi-cation Date | Copyright Claim | Copyright Status | Renewal Cer-tificate No. |
|---|---|---|---|---|---|---|---|---|
| 97 | King Solomon's Mines | H. R. Haggard | 1952 | A76523 | 7/18/52 | Haggard | Renewed | 64-238 |
| 98 | The Red Badge of Courage | Stephen Crane | 1952 | A76572 | 8/12/52 | Crane | Renewed | 64-236 |
| 99 | Hamlet | W. Shakespeare | 1952 | A76571 | 9/12/52 | Shakespeare | Renewed | 64-237 |
| 100 | Mutiny on the Bounty | Nordhoff & Hall | 1952 | A125010 | 10/14/52 | Classics Illus. | Renewed | 64-239 |
| 101 | William Tell | Frederick Schiller | 1952 | A76569 | 11/17/52 | Schiller | Renewed | 64-234 |
| 102 | The White Company | Doyle | 1952 | A76570 | 12/19/52 | Doyle | Renewed | 64-235 |
| 103 | Heroes of the Sea | C. Nordhoff | 1953 | A77944 | 1/16/53 | Nordhoff | Renewed | RE-111-433 |
| 104 | Bring 'Em Back Alive | Frank Buck | 1953 | A77944 | 2/20/53 | Buck | Renewed | RE-111-434 |
| 105 | From the Earth to the Moon | J. Verne | 1952 | A83352 | 3/13/52 | Verne | Renewed | RE-111-434 |
| 106 | Buffalo Bill | | 1953 | A87248 | 4/14/53 | Fawcett, A.L. | Renewed | RE-111-435 |
| 107 | Knights of the Round Table | | 1953 | A92718 | 5/13/53 | Mundy | Renewed | RE-111-436 |
| 108 | King of the Royal Riders | Talbot Mundy | 1953 | A101139 | 6/18/53 | Maloy | Renewed | RE-111-439 |
| 109 | Pitcairn's Island | Sir T. Malory | 1953 | A101137 | 7/13/53 | Nordhoff | Renewed | RE-111-437 |
| 110 | A Study in Scarlet | C. Nordhoff | 1953 | A101138 | 8/13/53 | Doyle | Renewed | RE-111-438 |
| 111 | The Talisman | Doyle / Sir W. Scott | 1953 | A101639 | 9/13/53 | Doyle | Renewed | RE-111-440 |
| 112 | The Adventures of Kit Carson | Sir W. Scott | 1953 | A109093 | 10/12/53 | Scott, A.L. | Renewed | RE-111-441 |
| 113 | The Forty-Five Guardsmen | A. Dumas | 1953 | A116923 | 11/24/53 | Dumas | Renewed | RE-111-441 |
| 114 | The Red Rover | J. F. Cooper | 1953 | A116965 | 12/18/53 | Classics Illus. | Unknown | RE-111-444 |
| 115 | How I Found Livingstone | | 1954 | A125554 | 1/25/54 | Classics Illus. | Unknown | RE-111-445 |
| 116 | The Bottle Imp | R. L. Stevenson | 1954 | A128179 | 2/15/54 | Classics Illus. | Unknown | RE-111-446 |
| 117 | Captains Courageous | | 1954 | A132502 | 3/15/54 | Classics Illus. | Unknown | |
| 118 | Rob Roy | Sir W. Scott | 1954 | A135642 | 4/12/54 | Classics Illus. | Unknown | |
| 119 | Soldiers of Fortune | Sir W. Scott | 1954 | A139973 | 5/14/54 | Classics Illus. | Unknown | |
| 120 | The Hurricane | Sir W. Scott | | | | Classics Illus. | Unknown | |

-13-

VIDO8D13N

Page 8

| Public. No. | Title | Author | Year | Certificate No. | Publication Date | Copyright Said | Copyright Status | Renewal Cert. No. |
|---|---|---|---|---|---|---|---|---|
| 121 | Wild Bill Hickok | | 1954 | A147949 | 7/20/54 | Classics Illus. | Unknown | |
| 122 | The Aristocrats | C. B. Raven | 1954 | A150044 | 8/26/54 | Classics Illus. | Unknown | |
| 123 | Frog And Cas | Frank Buck | 1954 | A156258 | 11/10/54 | Classics Illus. | Unknown | |
| 124 | The War of the Worlds | H. G. Wells | 1955 | A163250 | 1/10/55 | Classics Illus. | Unknown | |
| 125 | The Ox-Bow Incident | W. V. T. Clark | 1955 | A179838 | 1/13/55 | Classics Illus. | Unknown | |
| 126 | The Downfall | Emile Zola | 1955 | A185657 | 7/14/55 | Classics | Unknown | |
| 127 | Machiavelli of the Mountains | Edmond About | 1955 | A195248 | 7/14/55 | About | Unknown | |
| 128 | Davy Crockett | | 1955 | A202175 | 9/6/55 | Shakespeare | Unknown | |
| 129A | The Story of Jesus | M. Shakespeare | 1955 | A111823 | 11/8/55 | Gilberton | Unknown | |
| 130 | Caesar's Conquests | | 1955 | A208659 | 10/26/55 | Gilberton | Unknown | |
| 131 | The Covered Wagon | Julius Caesar | 1955 | A317993 | 3/7/56 | Gilberton | Renewed | |
| 132 | The Dark Frigate | | 1956 | B595839 | 1/7/56 | Gilberton | Renewed | RE231-770 |
| 132A | The Story of America | | 1956 | B591436 | 5/3/56 | Classics Illus. | Renewed | RE231-780 |
| 133 | The Time Machine | | | No Copyright Information Available | | Classics Illus. | Renewed | RE231-781 |
| 134 | Romeo and Juliet | | 1956 | B601543 | 7/9/56 | Classics Illus. | Renewed | |
| 135 | Waterloo | | 1956 | B612092 | 9/11/56 | Classics Illus. | Renewed | |
| 136 | The Ten Commandments | | 1956 | B620646 | 11/5/56 | Classics Illus. | Renewed | |
| 137 | Lord Jim | | 1957 | B610048 | 1/25/56 | Gilberton | Renewed | |
| 138 | The Little Savage | | 1957 | B641026 | 1/25/57 | Gilberton | Renewed | |
| 139 | A Journey to the Center of the Earth | | 1957 | B650450 | 3/17/57 | Classics | Due for Renewal | |
| | or the Earth | | | No Copyright | | Classics Illus. | Due for Renewal in 1985/86 22, 1985 | |
| 138 | American Inventors Science | | 1957 | B650686 | 4/25/57 | Classics Available Illus. | Due for Renewal in 1985/86 24, 1985 | |
| 139 | In the Reign of Terror | | 1957 | No Copyright Information | 6/26/57 | Classics Illus. | Due for Renewal in 1985/86 24, 1985 | |

EXHIBIT A

| Public Section | Title | Author | Year | Certifi-cate No. | Publication Date | Copyright Card | Copyright Status |
|---|---|---|---|---|---|---|---|
| 140 | On Jungle Trails | | 1957 | B672253 | 8/15/57 | Classics Illus. | Due for Renewal in 1985/Nov 22,1985 |
| 141 | Castle Dangerous | | 1957 | B672254 | 9/15/57 | Classics Illus. | Due for Renewal in 1985/Nov 22,1985 |
| 142 | The Rough Riders | | 1957 | B672356 | 1/22/58 | Classics Illus. | Due for Renewal in 1985/Nov 22,1985 |
| 143 | Abraham Lincoln | | 1958 | B687960 | 3/5/58 | Classics Illus. | Due for Renewal in 1986/Dec 23,1986 |
| 144 | Kim | | 1958 | B701002 | 3/5/58 | Classics Illus. | Due for Renewal in 1986/Dec 23,1986 |
| 145 | First Men in the Moon | | 1958 | B709306 | 5/7/58 | Classics Illus. | Due for Renewal in 1986/Dec 23,1986 |
| 146 | Raising the Trails West | | 1958 | B705852 | 4/15/58 | Classics Illus. | Due for Renewal in 1986/Dec 23,1986 |
| 147 | The English... | | 1958 | B729540 | 7/7/58 | Classics Illus. | Due for Renewal in 1986/Dec 23,1986 |
| 148 | High Flight and Sword | | 1958 | B729315 | 7/7/58 | Classics Illus. | Due for Renewal in 1986/Dec 23,1986 |
| 149 | Ben Hur | | 1958 | B729171 | 6/17/58 | Classics Illus. | Due for Renewal in 1986/Dec 23,1986 |
| 150 | Crossing the Rockies | | 1958 | B742171 | 9/16/58 | Classics Illus. | Due for Renewal in 1986/Dec 23,1986 |
| 151 | The Buccaneer | | 1959 | B751310 | 1/7/59 | Classics Illus. | Due for Renewal After 1986 |
| 152 | Off on a Comet | | 1959 | B763552 | 3/5/59 | Classics Illus. | Due for Renewal in 1986/Dec 23,1986 |
| 153 | The Virginian | | 1959 | B770175 | 5/22/59 | Classics Illus. | Due for Renewal in 1986/Dec 23,1986 |
| 154 | Royal Canadian | | 1959 | B768721 | 5/7/59 | Classics Illus. | Due for Renewal in 1986/Dec 23,1986 |
| 154A | Won by the Sword | | 1959 | B782001 | 7/7/59 | Classics Illus. | Due for Renewal in 1986/Dec 23,1986 |
| 155 | Police | | 1959 | B782302 | 7/7/59 | Classics Illus. | Due for Renewal in 1986/Dec 23,1986 |
| | Wild Animals I Have Known | | 1959 | B782689 | 8/17/59 | Classics Illus. | Due for Renewal in 1986/Dec 23,1986 |
| | The Invisible Man | | 1959 | B819467 | 11/5/59 | Classics Illus. | Due for Renewal in 1986/Dec 23,1986 |
| | Her Guns and Cattle | | 1960 | B813729 | 1/11/60 | Classics Illus. | Due for Renewal in 1986/Dec 23,1986 |
| | The Conspiracy of Pontiac | | 1960 | B826158 | 3/7/60 | Classics Illus. | Due for Renewal in 1986/Dec 23,1986 |
| | The Lion of the North | | | | | | |

VIDEO DATA
Page 10

| Publi-cation | Title | Author | Year | Certificate No. | Publication Date | Copyright Claimant | Copyright Status |
|---|---|---|---|---|---|---|---|
| 156 | The Conquest of Mexico | | 1960 | B834202 | 5/2/60 | Classics Illus. | |
| 156A | The Aeronauts | | 1960 | B820311 | 2/16/60 | Classics Illus. | |
| 157 | The Lives of the Hunted | | 1960 | B852406 | 7/28/60 | Classics Illus. | |
| 158 | The Conspirators | | 1960 | B857402 | 9/6/60 | Classics Illus. | |
| 159 | The Octopus | | 1960 | B870852 | 11/10/60 | Classics Illus. | |
| 159A | Rockets, Jets, Missiles | | 1960 | B851733 | 8/8/60 | Classics Illus. | |
| 160A | Food of the Gods | | 1960 | B880920 | 1/11/61 | Classics Illus. | |
| 161 | Cleopatra | | 1960 | B889294 | 3/16/61 | Classics Illus. | |
| 161 | Robur the Conqueror | | 1960 | B889656 | 5/1/61 | Classics Illus. | |
| 162 | War Between the States | | 1961 | B912056 | 7/3/61 | Classics Illus. | |
| 162A | Master of the World | | | No Copyright Information Available | | | |
| 163 | The Cossack Chief | | 1962 | B970151 | 1/2/62 | Classics Illus. | |
| 163A | The Queen's Necklace | | 1961 | B918442 | 8/10/61 | Classics Illus. | |
| 164 | To the Stars | | 1962 | B971264 | 5/1/62 | Classics Illus. | |
| 165 | Tigers and Traitors | | 1962 | B962554 | 2/5/62 | Classics Illus. | |
| 166A | World War II | | 1962 | B983701 | 8/10/62 | Classics Illus. | |
| 167 | Faust | | 1962 | | | | |
| 167A | Prehistoric World | | | No Copyright Information Available | | | |
| 168A | In Freedom's Cause | | 1962 | B985610 | 5/12/69 | Classics Illus. | |
| 169 | Negro Americans-The Early Years | | 1969 | | | | Due for Renewal After 1986 |

- 91 -

BOOK INDEX
Page 11

| Publi- cation | Title | Author | Year | Certifi- cate No. | Publication Date | Copyright Card | Copyright Status | Renewal Certifi- cate No. |
|---|---|---|---|---|---|---|---|---|
| 501 | Snow White and the Seven Dwarfs | Famous Authors, Ltd. | 1953 | A-114199 | 10/29/53 | | Renewed | RE 111-442 |
| 502 | The Ugly Duckling | . | 1953 | A-114200 | 11/17/53 | Anderson, Hans | Renewed | RE 111-443 |
| 503 | Cinderella | . | 1953 | A-110851 | 12/4/53 | Under title | Renewed | RE 111-445 |
| 504 | The Pied Piper | . | 1954 | A-110851 | 1/4/54 | C. Illus. Jr. | Renewed | |
| 505 | The Sleeping Beauty | . | 1954 | A-124159 | 2/1/54 | | Unknown | |
| 506 | The Three Little Pigs | . | 1954 | A-467199 | 2/26/54 | | Unknown | |
| 507 | Jack and the Beanstalk | . | 1954 | B-473970 | 3/20/54 | | Unknown | |
| 508 | Goldilocks and the Three Bears | . | 1954 | B-472988 | 4/29/54 | | Unknown | |
| 509 | Beauty and the Beast | . | 1954 | B-484602 | 5/27/54 | | Unknown | |
| 510 | Little Red Riding Hood | . | 1954 | B-483098 | 7/29/54 | | Unknown | |
| 511 | Puss-in-Boots | . | 1954 | B-489026 | 7/29/54 | | Unknown | |
| 512 | Rumpelstiltskin | . | 1954 | B-495213 | 8/3/54 | | Unknown | |
| 513 | Pinocchio | . | 1954 | B-502406 | 10/25/54 | | Unknown | |
| 514 | The Steadfast Tin Soldier | . | 1954 | B-511328 | 12/23/54 | | Unknown | |
| 515 | Johnny Appleseed | . | 1955 | B-513001 | 2/1/55 | | Unknown | |
| 516 | Aladdin and His Lamp | . | 1955 | B-529863 | 4/11/55 | | Unknown | |
| 517 | The Emperor's New Clothes | . | 1955 | B-540910 | 6/20/55 | | Unknown | |
| 518 | Paul Bunyan | . | 1955 | B-555336 | 9/20/55 | | Unknown | |
| 519 | Thumbelina | . | 1955 | B-556399 | 10/4/55 | | Unknown | |
| 520 | King of the Golden River | . | 1955 | B-556541 | 11/17/55 | | Unknown | |
| 521 | | | | | | | Unknown | |

EXHIBIT A

EXHIBIT A

VF608 D478
Page 12

-12-

| Publication | Title | Author | Year | Original Reg. No. | Publication Date | Copyright Claimant | Copyright Status | Renewal Registration No. |
|---|---|---|---|---|---|---|---|---|
| 5.22 | The Nightingale | Famous Authors, Ltd. | 1955 | B-573135 | 12/19/55 | C. Illus. Jr. | Unknown | |
| 5.23 | The Gallant Tailor | " | 1956 | B-573080 | 1/19/56 | " | Renewed | RE 231-271 |
| 5.24 | The Little Swanherd | " | 1956 | B-577744 | 2/24/56 | " | Renewed | RE 231-272 |
| 5.25 | The Wild Emerald | " | 1956 | B-585043 | 3/23/56 | " | Renewed | RE 231-273 |
| 5.26 | The Frog Prince | " | 1956 | B-593423 | 5/23/56 | " | Renewed | RE 231-274 |
| 5.27 | The Golden-Haired Giant | " | 1956 | B-599195 | 6/18/56 | " | Renewed | RE 231-275 |
| 5.28 | The Penny Prince | " | 1956 | B-601415 | 7/18/56 | " | Renewed | RE 231-276 |
| 5.29 | The Magic Servants | " | 1956 | B-608946 | 8/20/56 | " | Renewed | RE 231-277 |
| 5.30 | The Golden Bird | " | 1956 | B-612858 | 9/19/56 | " | Renewed | RE 231-278 |
| 5.31 | Rapunzel | " | 1956 | B-617090 | 10/12/56 | " | Renewed | RE 231-279 |
| 5.32 | The Dancing Princess | " | 1956 | B-622948 | 11/16/56 | " | Renewed | RE 231-808 |
| 5.33 | The Magic Fountain | " | 1956 | B-631870 | 12/19/56 | " | Renewed | HE 231-60.9 |
| 5.34 | The Golden Touch | " | 1957 | B-643118 | 2/14/57 | " | Due for Renewal | in 1985 Nov 23, 1985 |
| 5.35 | The Wizard of Oz | " | 1957 | B-642732 | 3/8/57 | " | Due for Renewal | in 1985 Nov 23, 1985 |
| 5.36 | The Chimney Sweep | " | 1957 | B-647504 | 4/35/57 | " | Due for Renewal | in 1985 Nov 23, 1985 |
| 5.37 | The Three Fairies | " | 1957 | B-651258 | 5/5/57 | " | Due for Renewal | in 1985 Nov 23, 1985 |
| 5.38 | Silly Hans | " | 1957 | B-661112 | 6/6/57 | " | Due for Renewal | in 1985 Nov 23, 1985 |
| 5.39 | The Enchanted Fish | " | 1957 | B-666550 | 7/1/57 | " | Due for Renewal | in 1985 Nov 23, 1985 |
| 5.40 | The Tinder Box | " | 1957 | | 8/17/57 | " | Due for Renewal | in 1985 Nov 23, 1985 |
| 5.41 | Snow White and Rose Red | " | | | | " | Due for Renewal | |
| 5.42 | The Donkey's Tale | " | | | | " | Due for Renewal | |

VAUX INDEX
Page 13

| CARD NUMBER | Title | Author | Year | Serial Date No. | Publication Date | Copyright Date | CARD NUMBER Copyright Cat. Number |
|---|---|---|---|---|---|---|---|
| 543 | The House in the Woods | Famous Authors, Ltd. | 1957 | B-672234 | 9/10/57 | | |
| 544 | The Golden Fleece | | 1957 | B-671888 | 10/8/57 | | |
| 545 | The Glass Mountain | | 1957 | B-691988 | 12/2/57 | | |
| 546 | The Elves and the Shoemaker | | 1957 | B-690382 | 12/11/57 | | |
| 547 | The Wishing Table | | 1958 | B-690192 | 1/13/58 | C. Illus., Jr. Due for Renewal in 1985 |
| 548 | The Magic Pitcher | | 1958 | B-651116 | 1/15/58 Nov 22, 1985 | | Due for Renewal in 1985 |
| 549 | Simple Simon | | 1958 | B-705316 | 2/10/58 Nov 22, 1985 | DEC 24, 1986 Due for Renewal in 1986 | |
| 550 | The Singing Donkey | | 1958 | B-705046 | 3/10/58 | DEC 24, 1986 Due for Renewal in 1986 | |
| 551 | The Queen Bee | | 1958 | B-705336 | 4/15/58 | DEC 24, 1986 Due for Renewal in 1986 | |
| 552 | The Three Little Dwarfs | | 1958 | B-716552 | 5/13/58 | DEC 24, 1986 Due for Renewal in 1986 | |
| 553 | King Thrushbeard | | 1958 | B-716532 | 6/16/58 | DEC 24, 1986 Due for Renewal in 1986 | |
| 554 | The Enchanted Deer | | 1958 | B-724992 | 7/15/58 | DEC 24, 1986 Due for Renewal in 1986 | |
| 555 | The Three Golden Apples | | 1958 | B-725603 | 8/6/58 | DEC 24, 1986 Due for Renewal in 1986 | |
| 556 | The Elf Mound | | 1958 | B-729816 | 9/8/58 | DEC 24, 1986 Due for Renewal in 1986 | |
| 557 | Silly Willy | | 1958 | B-737109 | 10/9/58 | DEC 24, 1986 Due for Renewal in 1986 a | |
| 558 | The Magic Fish | | 1958 | B-745261 | 12/2/58 | DEC 24, 1986 Due for Renewal in 1986 | |
| 559 | Tim (notice-1958) | | 1959 | B-756397 | 2/7/59 | DEC 24, 1986 Due for Renewal in 1986 | |
| 559 | The Japanese Lantern | | 1959 | B-756057 | 4/3/59 | | |
| 560 | The Doll Princess | | 1959 | B-762288 | 6/7/59 | | |
| 561 | Hans Humdrum | | 1959 | B-765332 | 8/6/59 | | Due for Renewal After 1986 |
| 562 | The Enchanted Pony | | 1959 | B-793140 | 10/1/59 | | |
| 563 | The Wishing Well | | 1959 | B-806698 | 12/15/59 | | |



RECORDED DOCUMENTS                          FL-10A

DATE:  October  5,  2012

First Class Inc.
281 N. Michigan Ave   Ste  1400
Chicago, IL 60601-7553

ATTN:  Richard S. Busqos

We have recorded the enclosed document(s) in the official records of the Copyright Office.

| VOLUME | 3698 |
|---|---|
| DOC NO | 428 |

The recording fee has been handled as follows:

| RECEIVED | $ |
|---|---|
| APPLIED | $ |
| REFUNDED under separate cover | $ |
| CHARGED TO YOUR DEPOSIT ACCOUNT | $ |

Sincerely yours,

Register of Copyrights

ENCLS:
Doc(s)  5

Library of
U.S. Copyright Office
Library of Congress
Washington, DC 20559
www.copyright.gov

# EXHIBIT B

USPTO
W FIRST CLASSION INC     8/13/2011 8:38:35 AM  PAGE   2/005  Fax Server
COMPANY BRO N. MICHIGAN AVENUE  SUITE 1400



## UNITED STATES PATENT AND TRADEMARK OFFICE

*900201080*

# EXHIBIT C

FIRST CLASSICS, INC.
33 NORTH LA SALLE STREET
SUITE 1940
CHICAGO, ILLINOIS 60602

## LIMITED LICENSE AGREEMENT

1. First Classics, Inc. (sometimes herein, "OWNER"), of Suite 1940, 33 N. LaSalle Street Chicago, Illinois, USA, 60602, does by, and strictly subject to, the terms of this Limited License Agreement ("Agreement"), hereby authorize JACK LAKE PRODUCTIONS, INC., a CANADIAN corporation, located at 418 Hounslow Avenue, Toronto, Ontario M2R 1H6, CANADA (sometimes herein, "LICENSEE"), to reprint by print publication in the formats licensed hereby the publications referred to herein as the "Books", which are as follows: SEE:EXHIBIT "A" , "B", "C", "D"and "E"attached hereto and made a part hereof:

"Classics Illustrated Juniors, a library consisting of 77 titles."
and
"Classics Illustrated Special Issues, a library consisting of 16 titles."
and
"Classics Ilustrated Issues, a library consisting of 169 North American titles and various foreign titles."
and
"Classics Illustrated A World Around Us, a library consisting of 36 titles."
and
"Classics Illustrated Berkley/First Publishing, a library consisting of 27 titles and various unpublished titles."

2. LICENSEE's rights hereunder are limited to the reprinting, distribution and sale of the Books in (but only in) the permitted Territory and in (but only in) the Territory's Licensed Languages during (but only during) the respective permitted time periods, all as identified below, which reprints in either standard comic book (6 7/8" a 10 ¼") or 6 ½" x 9 ½" format, or in any other print media (the "Authorized Formats"):

A.) During, (but only during) the 10 year period beginning December 1, 2002 and expiring November 30, 2012, by print publication in The English, French and Spanish languages for distribution and sale within the geographic territory of North America, Europe, Asia, Australia and South America provided, that each such reprint book shall contain the legend on the cover and the indicia page: THIS BOOK FOR



INTERNATIONAL DISTRIBUTION AND SALE. ( Only in joint venture programs this will change according to the host country.)

B.) The parties hereto agree to commence negotiations for a possible renewal/extension of this Agreement 90 days before the expiration date of this agreement.

3. LICENSEE shall not use or exploit any part of a Book to promote (nor promote in or with any reprint) any illegal drug, alcoholic beverage or tobacco product. In the event that LICENSEE shall violate this provision in any way or manner, all rights of LICENSEE under this Agreement shall immediately and irrevocably terminate and expire forever.

4. Subject to the conditions of this Agreement LICENSEE shall have the right to accurately translate the words of each Book into, and have the graphic art of the Book relettered in, the Licensed Languages (the "Translated Artwork"). LICENSEE agrees that upon each reprint all artwork and all Translated Artwork, whether in English, French or Spanish (and inclusive of all film, color separations, color guides, and other print publication materials) shall become the sole property of OWNER and shall be delivered to OWNER at LICENSEE's expense promptly upon printing of the reprint in question. Owner agrees not to use Artwork for future licensing Agreements without approval of Licensee, however, if Licensee is in default on any covenants of this Agreement, Owner may use the Artwork in any manner solely determined by Owner. All Artwork shall be approved by Owner, with said approval to not be unreasonably withheld, however, if terms of this Agreement are not in compliance by Licensee, approval may be withheld.

5. LICENSEE at its cost shall furnish OWNER with a reasonable amount of copies of each reprint publication of each book for its library, and two (2) copies of each advertisement, poster, or other piece promoting same, promptly upon the printing thereof.

6. LICENSEE's rights are limited to the print on paper publication in an Authorized format and the distribution and sale of same in the Territory in a Licensed Language within the respective time periods permitted hereby. (Refer to item 2 above for the Authorized Format.)

7. LICENSEE agrees to and shall print the following copyright notices and credits in each publication containing any Translated Artwork, and on each piece of advertising or publicity for same:

> Copyright © (year) First Classics, Inc. All Rights Reserved.
> Published with the written licensed permission of First Classics, Inc.



LICENSEE shall also properly apply all copyright notices appropriate to the laws of the respective Territory to insure to the maximum extent possible the preservation in OWNER of all copyright, trademark, and other proprietary rights to the Books, the Translated Artwork, and their content. All rights to the translation of the underlying work shall be the sole property of First Classics, Inc., and LICENSEE shall do all acts and things necessary to effect same. LICENSEE also agrees to print in the Licensed Language whatever other additional notices and formats as OWNER may request with respect to proprietary rights related to the characters, stories, titles, logos, or any other aspects of the Books, the literary or artistic properties relating thereto, or the translation.

8. LICENSEE shall not delete or rearrange any artwork, panels, or pages as originally published, nor materially alter by translation the meaning thereof. LICENSEE's reprints shall be first class print publications of highest standards and quality. Licensee may, at its discretion, use the inside front and back covers for corporate advertising, and may additionally use the "Fiftieth Anniversary" or "Good Literature" tag on the front covers of each published book. The author of each title may be properly credited in an appropriate location determined by the Licensee. (Exception: Licensee may use original artwork to create other print products such as coloring books and sticker sheets, calendars and such with prior OWNER approval.)

8a. Where LICENSEE deems it necessary to redraw the original artwork and cover artwork for republication, it is necessary for LICENSEE to receive written or verbal approval from OWNER prior to publication.

9. All sums due or paid hereunder shall be in United States dollars. Any conversion costs shall be borne by LICENSEE.

10. This Agreement is a license, limited by its terms, nothing more. It may only be changed in writing by LICENSEE and OWNER. It is governed by the laws of the State of Illinois, USA. The rights granted to LICENSEE by this Agreement are not transferable or assignable. No agency is created hereby.

11. LICENSEE alone shall be responsible for all aspects, costs and liabilities of its publication, distribution and sale of the Translated Artwork. LICENSEE shall be strictly liable in the event any reprints of the Books are created in any manner other than as expressly permitted hereby. In the event that any term of this Agreement be materially violated, LICENSEE shall pay to OWNER an amount equal to all gross income generated by any exploitations of the Books or any distributions or sales which violate any provision of this Agreement, plus all of OWNER's attorneys' fees and costs.

12. For the rights granted to LICENSEE hereunder, LICENSEE shall also pay OWNER forthwith:

(A) The sum of U.S. $12,500.00 (the "License Fee") against 10% of net sales of all Classics Illustrated Juniors and Special Edition books sold, and 10% of gross of all corporate advertising and/or promotional revenues relating to Classics Illustrated Juniors and Special Editions. All license fees to be settled quarterly, with payments to First Classics due on the 15th day following the end of the quarter. Net Sales Price is defined as "Gross sales price less sales taxes, customary trade discounts and returns, but without deductions for any other items; i.e: commissions, assessments, expenses or uncollectable accounts, provided that the aggregate of trade discounts and returns may not exceed 7% of gross sales in any given reporting period."

13. If LICENSEE shall fail in any of its obligations hereunder, or becomes bankrupt or insolvent, then OWNER may terminate this Agreement without prejudice to all other rights and remedies of OWNER. Upon termination all rights of LICENSEE hereunder shall immediately cease. LICENSEE consents to any Court in Chicago, Illinois as the sole venue for any litigation with respect to any matter touching upon the subject matter of this Agreement.

14. All rights not expressly mentioned herein, whether now existing or which later come into being, are reserved to and by OWNER.

JACK LAKE PRODUCTIONS INC.
("LICENSEE")

By: _____

Its: _____PRESIDENT_____

Date: ___Nov 25/02___


FIRST CLASSICS, INC.
("OWNER")

By: _____

Its: _____PRESIDENT_____

Date: ___NOV 25, 2009___

# EXHIBIT D

# JORGE DIAZ-CUETO, P.A.

TEL. 305-417-1550  JORGEDIAZCUETO@BELLSOUTH.NET
169 EAST FLAGLER STREET, SUITE 1435
MIAMI, FL 33131

June 17th, 2014

Jack Jarve
Jack Lake Productions Inc.,
418 Hounslow Avenue
Toronto, Ontario
M2R 1H6, Canada

## RE: TERMINATION FOR CAUSE OF LICENSING AGREEMENT BETWEEN FIRST CLASSICS, INC., AND JACK LAKE PRODUCTIONS, INC.

Dear Mr. Jarve,

Please be advised that my law firm has been retained to represent First Classics, Inc. regarding the termination of the Limited License Agreement and the immediate return of all property of First Classics, Inc. including but not limited to of all artwork, whether in English, French or Spanish and inclusive of all film, color separations, color guides and other print publication materials, plates etc.,

This letter shall serve to put you on formal notice that the contract titled "LIMITED LICENSE AGREEMENT" between First Classics, Inc. and Jack Lake Productions Inc., is hereby terminated for cause. Jack Lake Production Inc., is to cease and desist from transacting any further business whatsoever on product line owned by First Classics, Inc.

The original contract between the parties was for a 10 year period, beginning on December 1, 2002 and expiring on November 30, 2012, (see attached exhibit 1, the Limited License Agreement). After the contract ended on November 30, 2012, it proceeded on a month to month until November 2013, at which point you were informed that your agreement would not be extended any further. The contract stresses in paragraph 2 (A), that Jack Lake Productions Inc., could only distribute during the 10 year period. The contract states "During, ("but only during") the 10 year period" After this period and the month to month extensions which ended in November 2013, Jack Lake Productions Inc., has been distributing First Classics, Inc., without any licensing agreement.

It is my client's position that Jack Lake Production Inc., during the life of the original agreement and continuing thereafter has been in violation of several material clauses, namely paragraphs 4,5,12 and 13 of the attached licensing agreement, causing First Classics, Inc., to terminate the relationship between the companies.

First Classics, Inc., demands return of all property of First Classics Inc., being inappropriately held by you in violation of paragraph no.: 4 of the agreement which states " LICENSEE agrees that upon each reprint all artwork, whether in English, French or Spanish (and inclusive of all film, color separations, color guides, and other print publication materials) shall become the sole property of the OWNER and shall be delivered to OWNER at LICENSEE'S expense promptly upon printing of the reprint in question." First Classics, Inc., further demands return of all property of First Classics, Inc., pursuant to its rights upon the termination for cause of the licensing agreement. Failure to return the property of First Classic Inc., will be considered Civil Theft and subject to treble damages.

Please Govern Yourself Accordingly.

Jorge Diaz-Cueto

# EXHIBIT E

SMART & BIGGAR

Box 111 Suite 1500
438 University Avenue
Toronto ON  M5G 2K8 Canada
Tel. 416 593 5514 | Fax 416 591 1690

www.smart-biggar.ca

Brian P. Isaac
bpisaac@smart-biggar.ca

Our Ref: 95221-3

June 20, 2014

BY E-MAIL (jorge@javecaso.redbcash.net)

Mr. Jorge Diaz-Casto
364 East Haoler Street, Suite 1435
Miami, FL  33131

Dear Mr. Diaz-Casto:

Re:  First Classics, Inc.

A copy of your June 17, 2014 letter to Jack Lake Productions Inc. has been forwarded to me for a response.

While you purport to provide formal notice regarding termination of the license agreement between First Classics, Inc. and Jack Lake Productions Inc., it does not appear that you have a full understanding of the relationship between the parties. In that regard, we note that while you refer to "attached exhibit 1", no agreement was attached to your letter. Further, our client is not aware of any written agreement dealing with a license for a 10-year period beginning on December 1, 2002 and expiring on November 30, 2012. In fact, our client has advised us that the only operative written agreement he is aware of that fully set out any agreement between the parties was the attached 2002 agreement that deals only with the Classics Illustrated Juniors library and was for a term commencing December 1, 2002 and expiring May 1, 2004. During the term of that agreement our client updated three junior titles and was fully compliant with all terms of the agreement.

As to the term of the 2002 agreement and subsequently, the relationship between the parties evolved. For instance, the parties began dealing with all Classics Illustrated titles, translation into numerous languages and sublicensing, all of which proceeded based on informal agreements between the parties. Further, the relationship between the parties was one in which the principal of our client (Jack Jarvis) viewed the principal of your client (Richard Berger) as somewhat of a mentor and enjoyed a close personal relationship with him. Mr. Berger not only agreed to, but encouraged Mr. Jarvis to expand the titles to be updated, the languages for translations and sublicensing of the Classics Illustrated products. Further, it was at the direction of Mr. Berger that our client who had a route...

As you will understand, without access to or an understanding as to what you are referring to with respect to the alleged agreement beginning on December 1, 2002, our client certainly does not accept that there was any termination of the license in November 2013 or that he has breached any terms of any agreement between the parties.

You should understand that our client was led to believe that the agreement between the parties was to be memorialized in a written agreement and continued. Such assurances were provided by Nick Bonfiglio as recently as April of this year. In short, our client views it as disingenuous to now assert violation of clauses of an agreement between the parties. Similarly, demands for return of property "inappropriately held" by our client are unfounded. As noted, it was Mr. Berger who indicated that artwork was not needed.

In the circumstances, as our client has already expressed to Mr. Bonfiglio, our client's aim is and has always been to move forward with settling an agreement pursuant to which the parties may continue to work together, to use the words of Nick Bonfiglio, in the "mutual interest of growing Classics". However, to the extent that your client has decided it will not negotiate a further license with our client, our client wishes to remind your client of the fact that the basic understanding between the parties was that our client would undertake all the risk, perform all the work and pay royalties on the understanding that any licensing of First Classics, Inc. of the products produced by our client is subject to approval from our client, which your client does not have and will not have unless and until this matter can be settled in a reasonable fashion.

We would appreciate immediately receiving a copy of the alleged agreement you refer to, as well as any further comments you may have. We remain hopeful that the parties will be able to amicably reach a resolution, one way or the other, that is satisfactory to both parties. However, your client must understand that our client will not stand by and allow your client to be unjustly enriched through the efforts and investment that our client has made in the Classics Illustrated franchise, and will vigorously defend any legal proceeding taken by your client.

We look forward to hearing from you.

Yours very truly,

SMART & BIGGAR

Brian P. Isaac

BPI/
AB

FIRST CLASSICS, INC.
33 NORTH LA SALLE STREET
SUITE 3350
CHICAGO, ILLINOIS 60602

## LIMITED LICENSE AGREEMENT

1.  First Classics, Inc. (sometimes herein, "OWNER"), of Suite 3350, 33 N. LaSalle Street, Chicago, Illinois, USA, 60602, does by, and strictly subject to, the terms of this Limited License Agreement ("Agreement"), hereby authorize JACK LAKE PRODUCTIONS, INC., a CANADIAN corporation, located at 418 Hounslow Avenue, Toronto, Ontario M2R 1H6, CANADA(sometimes herein, "LICENSEE"), to reprint by print publication in the formats licensed hereby the publications referred to herein as the "Books", which are as follows: SEE. EXHIBIT "A" attached hereto and made a part hereof:

    "Classics Illustrated Juniors, a library consisting of 77 titles."

2.  LICENSEE'S rights hereunder are limited to the reprinting, distribution and sale of the Books in (but only in) the permitted Territory and in (but only in) the Territory's Licensed Languages during (but only during) the respective permitted time periods, all as identified below, which reprints may be in either standard comic book (6 7/8" X 10 1/4") or 6 1/2" X 9 1/2" format, or in any other print media(the "Authorized Formats"):

    A)During (but only during) the seventeen month period beginning December 1, 2002 and expiring May 1, 2004, by print publication in the English, French and Spanish languages for distribution and sale within the geographic territory of North America, Europe, Asia, Australia and South America provided, that each such reprint book shall contain the legend on the cover and the indicia page:      THIS   BOOK FOR DISTRIBUTION AND SALE ONLY IN (add name of country as the case may be).

    B) The parties hereto agree to commence negotiations for a possible renewal/extension of this Agreement 90 days before the expiration date of this Agreement.

5. LICENSEE shall not use or exploit any part of a Book to promote (nor promote in or with any reprint) any illegal drug, alcoholic beverage or tobacco product. In the event that LICENSEE shall violate this provision in any way or manner, all rights of LICENSEE under this Agreement shall immediately and irrevocably terminate and expire forever.

4.   Subject to the conditions of this Agreement LICENSEE shall have the right to accurately translate the words of each Book into, and Have the graphic art of the Book relettered in, (the Licensed Languages (the "Translated Artwork"). LICENSEE agrees that upon each reprint all artwork and all Translated Artwork, whether in English, French or Spanish (and inclusive of all film, color separations, color guides, and other print publication materials) shall become the sole property of OWNER and shall be delivered to OWNER at LICENSEE's expense promptly upon printing of the reprint in question. Owner agrees not to use Artwork for future licensing Agreements without approval of Licensee, however, if Licensee is in default on any covenants of this Agreement., Owner may use the Artwork in any manner solely determined by Owner. All Artwork shall be approved by Owner, with said approval to not be unreasonably withheld, however, if terms of this Agreement are not in compliance by Licensee, approval may be withheld.

5.   LICENSEE at its cost shall furnish OWNER with a reasonable amount of copies of each reprint publication of each book for its library, and two (2) copies of each advertisement, poster, or other piece promoting same, promptly upon the printing thereof.

6.   LICENSEE's rights are limited to the print on paper publication in an Authorized Format and the distribution and sale of same in the Territory in a Licensed Language within the respective time periods permitted hereby. (Refer to Item 2 above for the Authorized Format.)

7.   LICENSEE agrees to and shall print the following copyright notices and credits in each publication containing any Translated Artwork, and on each piece of advertising or publicity for same:

Copyright © (year) First Classics, Inc. All Rights Reserved. Published with the written licensed permission of First Classics, Inc.

LICENSEE shall also properly apply all copyright notices appropriate to the laws of the respective Territory to insure to the maximum extent possible the preservation in OWNER of all copyright, trademark, and other proprietary rights to the Books, the Translated Artwork, and their content. All rights to the translation of the underlying work shall be the sole property of First Classics, Inc., and LICENSEE shall do all acts and things necessary to effect same. LICENSEE also agrees to print in the Licensed Language whatever other additional notices and formats as OWNER may request with respect to proprietary rights related to the characters, stories, titles, logos, or any other aspects of the Books, the literary or artistic properties relating thereto, or the translation.

8.   LICENSEE shall not delete or rearrange any artwork, panels, or pages as originally published, nor materially alter by translation the meaning

thereof. LICENSEE's reprints shall be first class print publications of highest standards and quality. Licensee may, at its discretion, use the inside front and back covers for corporate advertising, and may additionally use the "Fiftieth Anniversary" tag on the front covers of each published book. The author of each title may be properly credited in an appropriate location determined by the Licensee.

9. All sums due or paid hereunder shall be in United States dollars. Any conversion costs shall be borne by LICENSEE.

10. This Agreement is a license, limited by its terms, nothing more. It may only be changed in writing signed by LICENSEE and OWNER. It is governed by the laws of the State of Illinois, USA. The rights granted to LICENSEE in this Agreement are not transferable or assignable. No agency is created hereby.

11. LICENSEE alone shall be responsible for all aspects, costs, and liabilities of its publication, distribution and sale of the Translated Artwork. LICENSEE shall be strictly liable in the event any reprints of the Books are created in any manner other than as expressly permitted hereby. In the event that any term of this Agreement be materially violated, LICENSEE shall pay to OWNER an amount equal to all gross income generated by any exploitations of the Books or any distributions or sales which violate any provision of this Agreement, plus all of OWNER's attorneys' fees and costs.

12. For the rights granted to LICENSEE hereunder, LICENSEE shall also pay OWNER forthwith:

(A) The sum of U.S. $12,500.00 (the "License Fee") against 10% of net sales of all Classics Illustrated Juniors books sold, and 10% of gross of all corporate advertising and/or promotional revenues relating to Classics Illustrated Juniors. All license fees to be settled quarterly, with payments to First Classics due on the 15th day following the end of the quarter. Net Sales Price is defined as "Gross sales price less sales taxes, and customary trade discounts and returns, but without deductions for any other items; i.e. commissions, assessments, expenses or uncollectable accounts, provided that the aggregate of trade discounts and returns may not exceed 7% of gross sales in any given reporting period.

13. If LICENSEE shall fail in any of its obligations hereunder, or becomes bankrupt or insolvent, then OWNER may terminate this Agreement without prejudice to all other rights and remedies of OWNER. Upon termination all rights of LICENSEE hereunder shall immediately cease. LICENSEE consents to any Court in Chicago, Illinois as the sole venue for any litigation with respect to any matter touching upon the subject matter of this Agreement.

14    All rights not expressly mentioned herein, whether now existing or which later come into being, are reserved to and by OWNER.

IVY CLARE PRODUCTIONS, INC.          FIRST CLASSICS, INC.
("LICENSEE")                          ("OWNER")

By _____          By _____

Its    PRESIDENT                       Its    Director

Date   NOV 25/2002                     Date   11/25/02

EXHIBIT "A"

Classics Illustrated Juniors, a library consisting of 77 titles
The list includes the following titles:
#501 Snow White and the Seven Dwarfs
#502 The Ugly Duckling
#503 Cinderella
#504 The Pied Piper
#505 The Sleeping Beauty
#506 The 3 Little Pigs
#507 Jack & the Beanstalk
#508 Goldilocks and the 3 Bears
#509 Beauty and the Beast
#510 Little Red Riding Hood
#511 Puss-N-Boots
#512 Rumpelstiltskin
#513 Pinocchio
#514 The Steadfast Tin Soldier
#515 Johnny Appleseed
#516 Aladdin and his Lamp
#517 The Emperor's New Clothes
#518 The Golden Goose
#519 Paul Bunyon
#520 Thumbelina
#521 King of the Golden River

#521 The Nightingale
#522 The Gallant Tailor
#523 The Wild Swans
#525 The Little Mermaid
#526 The Frog Prince
#527 The Golden Haired Giant
#528 The Penny Prince
#529 The Magic Servants
#530 The Golden Bird
#531 Rapunzel
#532 The Dancing Princesses
#533 The Magic Fountain
#534 The Golden Touch
#535 The Wizard of Oz
#536 The Chimney Sweep
#537 The Three Fairies
#538 Silly Hans
#539 The Enchanted Fish
#540 The Tinder Box
#541 Snow White and Rose Red
#542 The Donkey's Tale
#543 The House in the Woods
#544 The Golden Fleece
#545 The Glass Mountain
#546 The Elves and the Shoemaker
#547 The Wishing Table
#548 The Magic Pitcher
#549 Simple Kate
#550 The Singing Donkey
#551 The Queen Bee
#552 The Three Little Dwarfs
#553 King Thrushbeard
#554 The Enchanted Deer
#555 The Three Golden Apples
#556 The Elf Mound
#557 Silly Willy
#558 The Magic Dish
#559 The Japanese Lantern
#560 The Doll Princess
#561 Hans Humdrum
#562 The Enchanted Pony
#563 The Wishing Well
#564 The Salt Mountain

#565 The Silly Princess
#566 Clumsy Hans
#567 The Bearskin Soldier
#568 The Happy Hedgehog
#569 The Three Giants
#570 The Pearl Princess
#571 How Fire Came to the Indians
#572 The Drummer Boy
#573 The Crystal Ball
#574 Brightboots
#575 The Fearless Prince
#576 The Princess who saw Everything
#577 The Runaway Dumpling

# EXHIBIT F

# JORGE DIAZ-CUETO, P.A.

TEL   305 373 7580 JORGEDIAZCUETOR BELLSOUTH NET
220 EAST FLAGLER STREET, SUITE 1435
MIAMI, FL  33131

June 24, 2014

Brian P. Isaac
438 University Avenue
Toronto, ON M5G 2K8 Canada
bpisaac@smart-bigger.ca

### RE: TERMINATION FOR CAUSE OF LICENSING AGREEMENT BETWEEN FIRST CLASSICS, INC., AND JACK LAKE PRODUCTION, INC.

This letter shall serve as response to your letter to me dated June 20, 2014. First, your client alleges that the contract that I referenced in my letter terminating licensing agreement dated June 17, 2014 does not exist. Let me assure you that your client is mistaken. Attached to this letter is a copy of the fully executed Limited License Agreement between your client and First Classics Inc., for the term beginning December 1, 2002 and ending on November 30, 2012. The document speaks for itself.

First Classics Inc., did not have a loose understanding with your client as your client now seems to claim, but rather all understandings between the parties were reduced to writing as is the norm in the industry, with an understood term which has expired.

Your statement that your client will not stand by and see First Classics Inc., be unjustly enriched is baseless. Your client received the full benefit of his bargain. In fact my client is prepared to prove should it become necessary that as a result of the numerous breaches of the agreement by your client, First Classics Inc., has been damaged.

First Classics, Inc., reassert all of the demands made in my letter to Jack Lake Productions Inc., dated June 17, 2014. Jack Lake Productions is to immediately cease and desist from distributing and selling books which are the property of First Classics, Inc., in any format whatsoever.

Sincerely,

Jorge Diaz-Cueto

eventual

FIRST CLASSICS, INC.
33 NORTH LA SALLE STREET
SUITE 1940
CHICAGO, ILLINOIS 60602


LIMITED LICENSE AGREEMENT

1. First Classics, Inc. (sometimes herein, "OWNER"), of Suite 1940, 33 N. LaSalle Street Chicago, Illinois, USA, 60602, does by, and strictly subject to, the terms of this Limited License Agreement ("Agreement"), hereby authorize JACK LAKE PRODUCTIONS, INC., a CANADIAN corporation, located at 418 Hounslow Avenue, Toronto, Ontario M2R 1H6, CANADA (sometimes herein, "LICENSEE"), to reprint by print publication in the formats licensed hereby the publications referred to herein as the "Books", which are as follows: SEE:EXHIBIT "A" , "B", "C", "D"and "E"attached hereto and made a part hereof:

"Classics Illustrated Juniors, a library consisting of 77 titles."
and
"Classics Illustrated Special Issues, a library consisting of 16 titles."
and
"Classics llustrated Issues, a library consisting of 169 North American titles and various foreign titles."
and
"Classics Illustrated A World Around Us, a library consisting of 36 titles."
and
"Classics Illustrated Berkley/First Publishing, a library consisting of 27 titles and various unpublished titles."


2. LICENSEE's rights hereunder are limited to the reprinting, distribution and sale of the Books in (but only in) the permitted Territory and in (but only in) the Territory's Licensed Languages during (but only during) the respective permitted time periods, all as identified below, which reprints in either standard comic book (6 7/8" a 10 ¼") or 6 ½" x 9 ½" format, or in any other print media (the "Authorized Formats"):

A.) During, (but only during) the 10 year period beginning December 1, 2002 and expiring November 30, 2012, by print publication in The English, French and Spanish languages for distribution and sale within the geographic territory of North America, Europe, Asia, Australia and South America provided, that each such reprint book shall contain the legend on the cover and the indicia page: THIS BOOK FOR



INTERNATIONAL DISTRIBUTION AND SALE. ( Only in joint venture programs this will change according to the host country.)

B.) The parties hereto agree to commence negotiations for a possible renewal/extension of this Agreement 90 days before the expiration date of this agreement.

3. LICENSEE shall not use or exploit any part of a Book to promote (nor promote in or with any reprint) any illegal drug, alcoholic beverage or tobacco product. In the event that LICENSEE shall violate this provision in any way or manner, all rights of LICENSEE under this Agreement shall immediately and irrevocably terminate and expire forever.

4. Subject to the conditions of this Agreement LICENSEE shall have the right to accurately translate the words of each Book into, and have the graphic art of the Book relettered in, the Licensed Languages (the "Translated Artwork"). LICENSEE agrees that upon each reprint all artwork and all Translated Artwork, whether in English, French or Spanish (and inclusive of all film, color separations, color guides, and other print publication materials) shall become the sole property of OWNER and shall be delivered to OWNER at LICENSEE's expense promptly upon printing of the reprint in question. Owner agrees not to use Artwork for future licensing Agreements without approval of Licensee, however, if Licensee is in default on any covenants of this Agreement, Owner may use the Artwork in any manner solely determined by Owner. All Artwork shall be approved by Owner, with said approval to not be unreasonably withheld, however, if terms of this Agreement are not in compliance by Licensee, approval may be withheld.

5. LICENSEE at its cost shall furnish OWNER with a reasonable amount of copies of each reprint publication of each book for its library, and two (2) copies of each advertisement, poster, or other piece promoting same, promptly upon the printing thereof.

6. LICENSEE's rights are limited to the print on paper publication in an Authorized format and the distribution and sale of same in the Territory in a Licensed Language within the respective time periods permitted hereby. (Refer to item 2 above for the Authorized Format.)

7. LICENSEE agrees to and shall print the following copyright notices and credits in each publication containing any Translated Artwork, and on each piece of advertising or publicity for same:

Copyright © (year) First Classics, Inc. All Rights Reserved.
Published with the written licensed permission of First Classics, Inc.



LICENSEE shall also properly apply all copyright notices appropriate to the laws of the respective Territory to insure to the maximum extent possible the preservation in OWNER of all copyright, trademark, and other proprietary rights to the Books, the Translated Artwork, and their content. All rights to the translation of the underlying work shall be the sole property of First Classics, Inc., and LICENSEE shall do all acts and things necessary to effect same. LICENSEE also agrees to print in the Licensed Language whatever other additional notices and formats as OWNER may request with respect to proprietary rights related to the characters, stories, titles, logos, or any other aspects of the Books, the literary or artistic properties relating thereto, or the translation.

8. LICENSEE shall not delete or rearrange any artwork, panels, or pages as originally published, nor materially alter by translation the meaning thereof. LICENSEE's reprints shall be first class print publications of highest standards and quality. Licensee may, at its discretion, use the inside front and back covers for corporate advertising, and may additionally use the "Fiftieth Anniversary" or "Good Literature" tag on the front covers of each published book. The author of each title may be properly credited in an appropriate location determined by the Licensee. (Exception: Licensee may use original artwork to create other print products such as coloring books and sticker sheets, calendars and such with prior OWNER approval.)

8a. Where LICENSEE deems it necessary to redraw the original artwork and cover artwork for republication, it is necessary for LICENSEE to receive written or verbal approval from OWNER prior to publication.

9. All sums due or paid hereunder shall be in United States dollars. Any conversion costs shall be borne by LICENSEE.

10. This Agreement is a license, limited by its terms, nothing more. It may only be changed in writing by LICENSEE and OWNER. It is governed by the laws of the State of Illinois, USA. The rights granted to LICENSEE by this Agreement are not transferable or assignable. No agency is created hereby.

11. LICENSEE alone shall be responsible for all aspects, costs and liabilities of its publication, distribution and sale of the Translated Artwork. LICENSEE shall be strictly liable in the event any reprints of the Books are created in any manner other than as expressly permitted hereby. In the event that any term of this Agreement be materially violated, LICENSEE shall pay to OWNER an amount equal to all gross income generated by any exploitations of the Books or any distributions or sales which violate any provision of this Agreement, plus all of OWNER's attorneys' fees and costs.



12. For the rights granted to LICENSEE hereunder, LICENSEE shall also pay OWNER forthwith:

(A) The sum of U.S. $12,500.00 (the "License Fee") against 10% of net sales of all Classics Illustrated Juniors and Special Edition books sold, and 10% of gross of all corporate advertising and/or promotional revenues relating to Classics Illustrated Juniors and Special Editions. All license fees to be settled quarterly, with payments to First Classics due on the 15th day following the end of the quarter. Net Sales Price is defined as "Gross sales price less sales taxes, customary trade discounts and returns, but without deductions for any other items; i.e: commissions, assessments, expenses or uncollectable accounts, provided that the aggregate of trade discounts and returns may not exceed 7% of gross sales in any given reporting period."

13. If LICENSEE shall fail in any of its obligations hereunder, or becomes bankrupt or insolvent, then OWNER may terminate this Agreement without prejudice to all other rights and remedies of OWNER. Upon termination all rights of LICENSEE hereunder shall immediately cease. LICENSEE consents to any Court in Chicago, Illinois as the sole venue for any litigation with respect to any matter touching upon the subject matter of this Agreement.

14. All rights not expressly mentioned herein, whether now existing or which later come into being, are reserved to and by OWNER.

JACK LAKE PRODUCTIONS INC.                     FIRST CLASSICS, INC.
("LICENSEE")                                   ("OWNER")

By: _____                    By: _____

Its: _____PRESIDENT_____                    Its: _____PRESIDENT_____

Date: ____Nov 25/02._____                     Date: ____NOV 25, 2002____

thereof. LICENSEE's reprints shall be first class print publications of highest standards and quality. Licensee may, at its discretion, use the inside front and back covers for corporate advertising, and may additionally use the "Fiftieth Anniversary" tag on the front covers of each published book. The author of each title may be properly credited in an appropriate location determined by the Licensee.

9.   All sums due or paid hereunder shall be in United States dollars. Any conversion costs shall be borne by LICENSEE.

10.   This Agreement is a license, limited by its terms, nothing more. It may only be changed in writing, signed by LICENSEE and OWNER. It is governed by the laws of the State of Illinois, USA. The rights granted to LICENSEE by this Agreement are not transferable or assignable. No agency is created hereby.

11.   LICENSEE alone shall be responsible for all aspects, costs, and liabilities of its publication, distribution and sale of the Translated Artwork. LICENSEE shall be strictly liable in the event any reprints of the Books are created in any manner other than as expressly permitted hereby. In the event that any term of this Agreement be materially violated, LICENSEE shall pay to OWNER an amount equal to all gross income generated by any exploitations of the Books or any distributions or sales which violate any provision of this Agreement, plus all of OWNER's attorneys' fees and costs.

12.   For the rights granted to LICENSEE hereunder, LICENSEE shall also pay OWNER forthwith:

(A)   The sum of U.S. $12,500.00 (the "License Fee") against 10% of   net sales of all Classics Illustrated Juniors books sold, and 10% of gross of all corporate advertising and/or promotional revenues relating to Classics Illustrated Juniors. All license fees to be settled quarterly, with payments to First Classics due on the15th day following the end of the quarter. Net Sales Price is defined as "Gross sales price less sales taxes, and customary trade discounts and returns, but without deductions for any other items; i.e.: commissions, assessments, expenses or uncollectable accounts, provided that the aggregate of trade discounts and returns may not exceed 7% of gross sales in any given reporting period.

13.   If LICENSEE shall fail in any of its obligations hereunder, or becomes bankrupt or insolvent, then OWNER may terminate this Agreement without prejudice to all other rights and remedies of OWNER. Upon termination all rights of LICENSEE hereunder shall immediately cease. LICENSEE consents to any Court in Chicago, Illinois as the sole venue for any litigation with respect to any matter touching upon the subject matter of this Agreement.

14. All rights not expressly mentioned herein, whether now existing or which later come into being, are reserved to and by OWNER.

JACK LAKE PRODUCTIONS, INC.
("LICENSEE")

By: _____

Its: _____PRESIDENT_____

Date: _Nov 25/2002_ .

FIRST CLASSICS, INC.
("OWNER")

By: _____

Its: _____

Date: _11/25/02_

EXHIBIT "A"

Classics Illustrated Juniors, a library consisting of 77 titles.
The list includes the following titles:
#501 Snow White and the Seven Dwarfs
#502 The Ugly Duckling
#503 Cinderella
#504 The Pied Piper
#505 The Sleeping Beauty
#506 The 3 Little Pigs
#507 Jack & the Beanstalk
#508 Goldilocks and the 3 Bears
#509 Beauty and the Beast
#510 Little Red Riding Hood
#511 Puss-N-Boots
#512 Rumpelstiltskin
#513 Pinocchio
#514 The Steadfast Tin Soldier
#515 Johnny Appleseed
#516 Aladdin and his Lamp
#517 The Emperor's New Clothes
#518 The Golden Goose
#519 Paul Bunyon
#520 Thumbelina
#521 King of the Golden River

1.

#522 The Nightingale
#523 The Gallant Tailor
#524 The Wild Swans
#525 The Little Mermaid
#526 The Frog Prince
#527 The Golden-Haired Giant
#528 The Penny Prince
#529 The Magic Servants
#530 The Golden Bird
#531 Rapunzel
#532 The Dancing Princesses
#533 The Magic Fountain
#534 The Golden Touch
#535 The Wizard of Oz
#536 The Chimney Sweep
#537 The Three Fairies
#538 Silly Hans
#539 The Enchanted Fish
#540 The Tinder Box
#541 Snow White and Rose Red
#542 The Donkey's Tale
#543 The House in the Woods
#544 The Golden Fleece
#545 The Glass Mountain
#546 The Elves and the Shoemaker
#547 The Wishing Table
#548 The Magic Pitcher
#549 Simple Kate
#550 The Singing Donkey
#551 The Queen Bee
#552 The Three Little Dwarfs
#553 King Thrushbeard
#554 The Enchanted Deer
#555 The Three Golden Apples
#556 The Elf Mound
#557 Silly Willy
#558 The Magic Dish
#559 The Japanese Lantern
#560 The Doll Princess
#561 Hans Humdrum
#562 The Enchanted Pony
#563 The Wishing Well
#564 The Salt Mountain

2.

#565 The Silly Princess
#566 Clumsy Hans
#567 The Bearskin Soldier
#568 The Happy Hedgehog
#569 The Three Giants
#570 The Pearl Princess
#571 How Fire Came to the Indians
#572 The Drummer Boy
#573 The Crystal Ball
#574 Brightboots
#575 The Fearless Prince
#576 The Princess who saw Everything
#577 The Runaway Dumpling

# EXHIBIT G

SMART & BIGGAR

Box 11 Suite 1500
438 University Avenue
Toronto ON M5G 2K8 Canada
Tel 416 593 5514 Fax 416 591 1690

www.smart-biggar.ca

Brian P. Isaac
bpisaac@smart-biggar.ca

Our Ref: 95221-3

WITHOUT PREJUDICE

June 27, 2014

BY E-MAIL (jorgediazreto@bellsouth.net)

Mr. Jorge Diaz-Cueto
100 Last Eagles Street, Suite 1435
Miami, FL 33131

Dear Mr. Diaz-Cueto:

Re:    First Classics, Inc. v. Jack Lake Productions, Inc.

This acknowledges receipt of your June 24, 2014 letter. I have had an opportunity to
discuss the agreement attached to your letter with my client and, in short, the allegation
that all understandings were reduced to writing with an understood term is an over
simplification, to say the least.

We now understand from our client that there may have been several different
agreements that your client prepared and insisted our client sign and incorrectly date
busily including the agreement attached to your letter. For instance, there was an
agreement dated 2001 that was signed after the 2002 agreement we forwarded with our
last letter had been entered into. This agreement was signed by our client at the
insistence of your client, despite the fact that Jack Lake Productions, Inc. did not even
exist as of the date the agreement purported to be signed.

With respect to the agreement attached to your letter, again our client has indicated that
the agreement was not, in fact, signed November 25, 2002, but was one of several
agreements that was subsequently signed and predated. Further, our client has indicated
that as of November 25, 2002, your client was actually under a cease and desist
requirement from Frawley Corporation and did not, in fact, have any subsisting rights to
the Classics Illustrated lineup. Our client only became aware of that fact in 2009 when a
third party brought the dispute between Frawley and First Classics to our client's
attention. Despite the fact that your client had misrepresented its rights to our client, our
client assisted your client in dealing with Frawley and was instrumental in your client
ultimately being able to purchase rights from Frawley Corporation.

SMART & BIGGAR

With respect to your assertion as to "an understood term which has expired", our client has now brought to my attention a letter by which your client agreed to extend the term of whatever agreement was being operated under by 10 years, namely a September 26, 2010 letter from Dick Berger to Jack Jarvic. Further, you are likely aware of the more recent discussions regarding reducing the arrangements between the parties to a new written agreement. In that regard, there was discussion of month to month extensions in order to allow the parties time to reduce the arrangements between the parties into a new written agreement clearly setting out the respective rights and obligations. The understanding in respect of those discussions, as well as discussions Mr. Jarvic had with Mr. Bonfiglio were always premised on the desire of both parties to continue the relationship and to negotiate the terms of a go forward agreement in good faith.

Our client has made repeated efforts to move the matter forward, including providing a complete update to Mr. Bonfiglio in April that, among other things, identified the significant inventory of product that our client is currently holding. For your client to now insist on immediate cessation of activities involving the Classics Illustrated library is contrary to and reflective of good faith negotiations and is untenable to our client. Indeed, as previously noted, until receipt of the listed letter from you all indications from your client were to the effect that the relationship between the parties would be continued on terms to be negotiated in good faith.

It now appears that your client does not wish to continue the relationship with our client. However, our client has complied with all terms of the general agreement understood between the parties for years, including following the directions of Mr. Berger who did not want publishing materials forwarded to him. Indeed, our client is continuing to hold funds due for the Classics Inc. under the agreement since your client has not provided details as to where the funds should be sent in light of the change in circumstances of your client, despite our client making requests for that detail.

As your client knows, our client has invested significant resources and personal effort into updating and promoting the Classics Illustrated library. While our client did receive revenue from the sales and licensing of the library, that revenue has generally been reinvested to further stock updating, additional titles and generally trying to grow the Classics Illustrated library and distribution of current products. Further, contrary to your assertions, this is not a clear cut contractual situation where termination without notice is warranted. It is a complex contractual situation, including the fact that our client is a party to sublicenses agreed to by your client.

In all the circumstances, it does not seem to me that we are going to move matters ahead in a manner favorable to either of our clients by exchanging lawyer letters. I believe that it would be in the best interests of both of our clients for us to have a frank discussion regarding appropriate terms for ending the relationship between the parties, assuming that your client is not going to change its position and attempt to work with our client going forward. If your client is willing to have us discuss the matter or would like to have a discussion with lawyers and client representatives present, please advise. I am hoping that through such discussions we may be able to come to terms that are satisfactory to

SMART · BIGGAR

to its parties. In the meantime, we reiterate that our client is not willing to simply cease all activity despite our client's inventory of product and rights under the agreements (including of approval with respect to use of the updated Classics Illustrated artwork).

In all the circumstances, we look forward to hearing from you at your earliest convenience.

Yours very truly,

SMART & BIGGAR

Brian P. Isaac

# EXHIBIT H



# EXHIBIT I






Company Profile
Contact Us
History of Classics
Sign Guestbook
View Guestbook
Articles / Press Release
Freelance Artists

Additional Links

## Mission Statement

## Business Description

Jack Lake Productions Inc. has been republishing and distributing the Classics Illustrated line of comics internationally since 2003. The company also produces and distributes other related print media products such as coloring books, stickers, posters and other printed material that utilize the Classics Illustrated comic artwork. This is a retro line of comics dating back to the 1940's, 50's and 60's and is quite different in it's appearance and subject matter compared to the superhero and Japanese manga style of adult comics which currently permeate the market today. Many of our customers have embraced this relaunch in the same way as you greet an old friend.

### DEVELOPMENTS:

- In 2004, Jack Lake Productions Inc. started republishing and distributing the Classics Illustrated Special Edition line of comics in first-time-ever hardcover versions.
- In 2005, Jack Lake Productions Inc. republished #124 The War of the Worlds to celebrate the 50th anniversary of the first publication of this title from 1955.
- In 2006, Jack Lake Productions Inc. in partnership with First Classics Inc. began licensing internationally all artwork associated with the Classics Illustrated series of titles.
- In 2007, Jack Lake Productions Inc. began republishing the regular titles of Classics Illustrated. Jack Lake Productions Inc. operates out of Toronto, Ontario, Canada.

The goals the company has set forth are as follows:

- Establishing distribution channels for these retro comic books.
- To set up partners in education, fundraising, charities, promotions and sub-licensing.
- To brand the artwork under the Classics Illustrated banner name.
- To have fun while doing all of the above.

Jack Lake Productions Inc. also actively seeks promotional opportunities in the corporate realm, particularly in networking with children's product manufacturers. Jack Lake Productions Inc. will also establish partnerships with educational, fundraising and charity organizations to provide support material. Through talented freelance artists, all Classics Illustrated titles are either redrawn and recoloured from digital scans of original comics or original Gilberton printer's blackline proofs. The titles are printed in Ontario and shipped to various channels of distribution. The channels of distribution are as follows:

- International Licensees:

Since 2005, Modern Times S. A. (Greece) has been republishing The Classics Illustrated Junior series with comics, stickers and coloring books.

Since 2006, Egmont Scandinavia has been publishing the regular Classics Illustrated hardcover 4-title volumes for subscriptions in the Norwegian language.



Since 2007, Paperoutz from New York, USA has been introducing new adaptations of classic literature under the Classics Illustrated banner as well as republishing the First/Berkley series of titles from the early 90's

Since 2008, the Classic Comic Store Ltd. (UK) started publishing the Gilberton CI series in the Commonwealth and South Africa.

Since 2009, !Editions (France) started publishing the CI First-Berkley series in the French language worldwide with an additional music CD provided as background music for the reading experience.

Since 2009, RCS Libri S.P.A. (Italy) started publishing the CI First-Berkley title "Behind the Looking Glass" in Italian.

Since 2010, HQ Maniacs (Brazil) started publishing the CI First- Berkley title "Behind the Looking Glass" in Portuguese.

Since 2010, Znanje d.d. (Croatia) started publishing both the Gilberton CI and CI Junior series in the Croatian language.



Since 2010, Tanti Lesmana (Indonesia) started publishing the Gilberton CI in the Bahasa and Indonesian languages

Since 2010, Arvee SDN BHD (Malaysia, Singapore and Brunei) started publishing the Gilberton CI Junior series in the English, Malay, Tamil and Chinese languages.
Since 2012, Comic Club Hanover (Germany) started publishing the CI JES series (Joint European Series) in the German language.



- Canadian School & Library Distribution- BHSMITHBOOKS CANADA
  416-497-1464 800.433-3719, FAX 416-497-3267
- Direct Mail Catalogues- Bud's Art Books
- Comic Book Store Distribution - Tony Shenton
- Subscriptions- Amazon.com/Jack Lake Productions Inc.
- Retail- Jack Lake Productions Inc. own sales force for distribution into other channels such as grocery, hardware, drug, convenience, specialty and independent retailers.
- Marketing/Promotions- Tim Lasiuta email
- Marketing/Promotions- Gil Matte email
- Classics Illustrated Fan Club- Mike Gagnon email
- Licensing- Asia- Empire Multimedia Inc. Hubert Co-President

## Management Profile

President Jaak Jarve. BSc. Grew up on a dairy farm in Tottenham, Ontario, Canada, reading Classics Illustrated comics and chewing bubble gum all the time. Background included being a Product Development and Marketing Manager for the Okee Dokee Sticker Company – developed licensing agreements and products with the NHL, Universal Studios-The Grinch, Woody Woodpecker, Garfield, Franklin and The Land Before Time properties. Merchandising Manager for a direct-mail company Regal Greetings and Gifts, and a Visual Merchandising Coordinator for Granada Canada- a rental company for home entertainment equipment. Hobbies include art, photography, chess, military history and hockey.
Things that are important: Family, Friends and Rock n' Roll!

## Industry Overview

Jack Lake Productions Inc. through their own market research have identified a niche market which includes fairytales and historical/classical tales in a comic book format. Even though the comics are retro, in respect to publishing, they still hold an allure to the first time reader

What makes this line of comics so unique is that, they do not imitate any of the current formats or themes of today's comics (such as super hero, Japanese manga and anime comics). Like legends which endure over time, these fairytales also are classics in children's literature. Children's authors like the Brothers Grimm, Hans Christian Andersen, Charles Perrault are just a few of the well known authors represented by this line. They have already been accepted by the many generations of fairy tale readers. With the regular Classics Illustrated series, great authors like Dumas, Cooper, Hugo, Stevenson, Dickens, Hawthorne, Twain, Verne, Shakespeare and Wells are represented in beautifully rendered graphic re-adaptations of their works. Especially in a current world filled with terror, war, disease and corruption- what a great time to launch a wholesome, nurturing escape from the harsh realities of the world as we know it.

723643

© 2004 Jack Lake Productions, Inc. All Rights Reserved.   Website built by EZ Web Banner Inc.